OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 10, 2007

TO: Jerry Lee Alston, Jr.
Jerry Lee Alston, Jr., Pro se
406 Arnold Court
Dover, DE 19901

RE: **Return of Summons Form and Letter Received on 5/9/07; 07-246(GMS)**

Dear Mr. Alston:

This office received a letter from you enclosing a summons for all the defendants listed in the case. Returned without action is the summons and the letter. Please see our website at www.ded.uscourts.gov to find the correct summons forms to be used. Please complete a summons form for named defendants in the case and return to the Clerk's Office.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet
enc: Returned Summons and Letter

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTICT OF DELAWARE

**To:**

DELAWARE DEPARTMENT OF JUSTICE
VICTIM/WITNESS SERVICES, unknown agents,
DELAWARE JUSTICE OF THE PEACE COURT,
OFFICIAL PARROTT, individually and as an agent of the
JUSTICE OF THE PEACE COURT, DELAWARE
DEPT. OF SAFETY AND HOMELAND SECURITY,
CAPITAL POLICE and OFFICER JEFF DESAULNIERS,
individually, and as an agent of the DELAWARE CAPITAL
POLICE, TRINETTE R.-SCOTT individually
ADMINISTRATIVE OFFICE OF THE COURTS,
COURT ON THE JUDICIARY and the OFFICE OF
DISCIPLINARY COUNSEL and the DE SUPREME COURT
SUPERIOR COURT, and the COURT OF COMMON PLEAS
JUDGE VAUGHN in official capacity, agent of State PATRICIA
MURPHY & LINDA CARMICHAEL as a agent of the State

Defendants.

**SUMMONS IN A CIVIL ACTION**

Case Number: **07-246**



RECEIVED MAY -9 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of the Court and serve upon plaintiff Jerry L. Alston appearing pro se an answer in writing to the complaint which is herewith served upon you, within _____ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Date_____                              _____ Clerk

United States Court House. United States District Court 844 King Street
Office of the Clerk of the U.S. District Court Lockbox 18
Attn: Clerk of the Court Delaware District Court

### NOTICE OF SERVICE OF PROCESS OF SUMMONS AND COMPLAINT

1 The intent of this letter is to identify form of order for the purpose of Service of process.

2. Be advised and take notice of a NOTICE DOCUMENT for the courts review.

3. Be advised as to form of SUMMONS and a copy of the complaint is enclosed.

4. Be advised and take particular notice as to mailing of a copy of the particular referenced documents specifically sent to the State and the governor via U.S. postal service mailed to the Office of the Governor Ruth A. Minner located at the Office of the Governor 150 William Penn Street Tatnall Building Dover Delaware.

5. Be advised and take particular notice of the fact on 7 May 2007 at approximately 10:00 a.m. I called the office of the governor at the hereinabove location. Be advised and take notice on the hereinabove date I personally had a brief but informative discussion with a individual describing herself as Dawn Marra and whereas she asserted to have the authority to receive service of process for Governor Minner. The particular purpose of the call to the office was to ascertain who had the authority to receive either a waiver document or to receive service of process and the complaint on behalf of the governor.

6. Be advised and take notice two individuals were specifically identified for that particular purpose, Attorney Bill Bush and Para-legal Dawn Marra are those persons.

7. Be advised and take notice of two sets of documents sent to the address hereinabove, One copy is sent certified receipt requested and the other through normal mail delivery.

I swear these facts are true so help me God.

*[signature]*

9 May 2007

## NOTICE

To: The Honorable Governor Ruth A. Minner by and through Bill Bush and Dawn Marra

The enclosed Summons and Complaint are served on the State and Governor of the State pursuant to rule 4(c )(2)(ii)and 4(B)(C)(j) of the Federal Rules of Civil Procedure.

You must complete the acknowledgement part of this form and be advised and take notice you must return one copy of the completed form to the sender within 20 days.

You must sign and date the acknowledgement. If you are served on behalf of a corporation you must indicate under your signature your particular relationship to that specific entity. If you are served specifically on behalf of another person and you are authorized to received process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within 20 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do not complete and return the form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days. if you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Be advised and take particular notice a copy of the filing of Summons and Complaint was sent to the defendant, State, and Governor via U.S. mail service to that office.

I declare, under penalty of perjury, that this notice and acknowledgement of receipt of Summons and Complaint was mailed on May 9 2007.

JERRY L. ALSTON
MAY 9 2007

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and the enclosed complaint in the above captioned matter Alston v. State et al.,

DAWN MARRA, BILL BUSH