UNITED STATES DISTRICT COURT CLERK RONALD GOLDEN   U.S. COURT HOUSE          844 KING STREET WILMINGTON DE
LOCKBOX 18                                                                   CASE NO. 07-246-GMS

**NOTICE OF OBJECTION AND WRITTEN NOTATION FOR THE RECORD**

Be advised and take particular notice as to notice of objection and written notation for the records in regard to receipt of a DEFICIENCY NOTICE from Clerk Ronald Golden dated June 19 2007. Whereas complainants intent and to complainant's best recollection there were several documents sent to the District Court on June 15 2007 as a material part of the filing contained in certified mail document 7006 2760 0003 9568 0711 mailed on June 15 2007 not just the summonses. Attached with the filing of Summonses to my best recollection were 2 AFFIDAVITS and **other documents** including the specific subject of a deficiency notice. The other four noted documents either were inadvertently not placed in the envelope caused to be mailed by complainant and not mailed on June 15 2007 or were contained therein the envelope caused to be mailed and June 15 2007. In any event they are not acknowledged or not filed by the Clerk noted for what ever reason as of July 20 2007. As of this particular filing what is the status of these particular documents specific to certified mail document 7006 2760 0003 9568 0711 as of July 20 2007?

The specific purpose of this particular filing is to correct and preserve the record if and whereas the specific four documents were not contained in the filing which was complainants specific intent and purpose on June 15 2007 by sending copies of the original documents. If the particular documents are not in the possession of the Court Clerk it was intended that they were either already sent to the Court on 6/15/07 contained in the envelope sent back to Jerry L. Alston June 19 2007, or inadvertently not included and therefore the reason that they are not acknowledged by Clerk Ronald Golden as of the filing of objection July 20 2007. Enclosed are copies of the specific documents sent.

The purpose and intent of sending the documents noted 15 June 2007 was to gain procedural information from the Clerk on the forms needed for a WAIVER OF SERVICE OF PROCESS specific to the summonses. Be advised and take notice it was the intent of the filer that the following documents be sent to the District Court June 15 2007. 1.AFFIDAVIT OF FILING OF APPLICATION FOR WAIVER AND OR IN THE ALTERNATIVE AFFIDAVIT OF WRITTEN NOTICE IMPLEMENTING THE

RULE 2.AFFIDAVIT OF FILING OF SUMMONSES 3. WRITTEN INTENT OF WAIVER OF SERVICE OF PROCESS BY WRITTEN NOTICE DOCUMENT 4. SERVICE OF PROCESS THIRD PRESENTATION OF SERVING SUMMONSES either the hereinabove documents were in fact attached to the filing contained in the very same envelope mailed on 15 June 2007 or not. The subject of the filing is receipt of acknowledgement of proper procedural question placed before the Court Clerk that should be acknowledged timely and in writing. Enclosed are copies of the filing that **ARE BELIEVED TO BE IN FACT IN THE POSSESSION** of the District Court contained therein CERTIFIED MAIL DOCUMENT 7006 2760 0003 9568 0711 mailed on June 15 2007 from Dover Delaware and received by District Court Clerk Ronald Golden. Question is raised as to the purpose and the intent of the District Court.

JERRY L. ALSTON _____ 20 July 2007

I swear these particular relevant and material facts are true so help me GOD.

CLERK OF THE COURT
U.S. Court House 844 King St.
Wilmington DE 19801

15 JUNE 2007

SERVICE OF PROCESS THIRD PRESENTATION OF SERVING OF SUMMONSES

1. Enclosed are completed summons received from the Clerk 8 June 2007. Be advised and take particular notice that the short but informative discussion relating to particular procedural questions with Clerk "Tod" disclosed that the summonses sent to me on or about May 14 2007 **that were completed and sent back** to the District Court had not been received as of 8 June 2007. Due the fact the particular documents specific to the completed summonses were sent via regular mail on 16 May 2006 and most certainly should have been received by 8 June 2007 and due to the material fact there was no way to trace the particular documents in question because it was not sent via certified mail the enclosed completed summonses are herein presented for further processing.

2. Be advised and take notice the contents of a written document entitled "<u>Written intent of waiver of service of process of summons by written notice</u>" is incorporated into this particular document and filing as though and as if annotated herein word for word as to a written application of specific intent. Be advised and take particular notice of a compelling written demonstration of particular intent of complainant Jerry L. Alston as noted 15 June 2007 with the specific purpose of the filing to timely process summonses.

3. The purpose of this written notice to the Clerks is to be notified by the Clerks and or to receive timely notice from the Clerks of any, deficit, or issue or concern affecting the processing of the summonses in a timely manner to prevent any processing delay.

I swear these facts are true so help me GOD

_[signature]_ June 15 2007
JERRY L. ALSTON

_[signature]_ 6/15/07

_[Notary seal: LAUREN E. FERGUSON, My Commission Expires 02-26-08, State of Delaware, NOTARY PUBLIC]_

Case No. 07-246- GS
June 15 2007

### AFFIDAVIT OF FILING OF APPLICATION FOR WAIVER AND OR IN THE ALTERNATIVE AFFIDAVIT OF WRITTEN NOTICE IMPLEMENTING THE RULE

Be advised and take notice of specific intent. The specific intent is to receive a waiver issued pursuant to appropriate rule of this court when in fact there is such a rule and such a thing procedurally proper as a rule for WAIVER OF SERVICE OF SUMMONSES.

It is understood that a waiver of summonses document seeking the appropriate forms if any was filed on June 15 2007 by Jerry L. Alston with written notice of intent.

I swear these facts are true so help me GOD

*[signature]*
15 June 2007
JERRY L. ALSTON

*[signature]* Lauren E. Ferguson
6/15/07

*[Notary Seal: LAUREN E. FERGUSON, My Commission Expires 02-26-08, State of Delaware, NOTARY PUBLIC]*

Case No. 07-246 GS

June 15 2007

### AFFIDAVIT OF FILING OF SUMMONSES

Summonses that were completed prior to this particular presentation specifically and apparently were never received by the Clerks of the court and therefore and thereafter another set was sent via certified mail. The second set of documents were mailed via the U.S. Postal Service certified mail with written acknowledgement of receipt to the United States Court house 844 N. king St. Lock box 18 Wilmington De. 19801

Be advised as to specific known intent of JERRY L. ALSTON complainant expressed in clear and compelling plain language that the Summonses be processed timely, procedurally properly and without delay is the particular purpose of this filing.

*[signature]* 15 June 2007

JERRY L. ALSTON,

I swear the facts are true so help me GOD

*[Notary signature and seal: Lauren E. Ferguson, Notary Public, State of Delaware, My Commission Expires 02-26-08]* 6/15/07

UNITED STATES DISTRICT COURT **CLERK**
844 KING St. U.S. Court House
Lockbox 18

15 June 2007

WRITTEN INTENT OF WAIVER OF SERVICE OF PROCESS BY WRITTEN NOTICE DOCUMENT

Be advised and take notice this is the third filing of these particular documents summonses., they were in fact sent regular mail to United States Court house United State District Court Office of the Clerk U.S. District Court Lockbox 18 844 King Street Wilmington DE 19801 16 May 2007 with no way to track the referenced document.

Be advised and take notice under the heading of **SERVICE OF PROCESS THIRD PRESENTATION OF SUMMONSES** are completed summonses. Be advised and take notice herein in this filing is a WRITTEN NOTICE OF INTENT SEEKING A WAIVER OF SERVICE OF SUMMONSES whereas for what ever reason the particular Court or the Clerk thereof has any issue with this 15 June 2007 filing the record will demonstrate simultaneous timely filing of waiver document stating in plain language the particular intent of the specific filer was also made in writing on 15 June 2007 the record should also reflect the filing of 1 affidavit accompanied each of the two filings.

Be advised and take particular notice of specific intent through this written notice for identification of the procedural Rule referenced which is sought for the purpose of waiver of service of process pursuant to rule or form to be filed with the District Court.

Be advised of filing of "service of process of third presentation of serving of summonses" document is incorporated into this particular document as though and as if annotated herein word for word as to a written application of specific intent and as a compelling demonstration of particular intent of complainant as noted as of 15 June 2007.

What is the required form document used for this purpose and where can it be found.

I swear these facts are true so help me GOD

JERRY ALSTON    June 15 2007            6/15/07

[Notary seal: LAUREN E. FERGUSON, My Commission Expires 02-26-08, State of Delaware, NOTARY PUBLIC]

D. Alston
76 Amp(dch,
Concalsgreen
Dover DE. 19901



7006 2760 0003 9569 2677

U.S. Court House
U.S. District Court
Att Ronald Golden clerk
844 King St, Lockbox 18
Wilmington DE. 19801





U.S. POSTAGE
PAID
DOVER, DE
19901
JUL 20, 07
AMOUNT
$5.38
00026773-05

