IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE ALSTON, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 07-246-GMS |
| DELAWARE DEPARTMENT OF JUSTICE VICTIM/WITNESS SERVICES, DELAWARE JUSTICE OF THE PEACE COURT, OFFICIAL PARROTT, DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY, CAPITAL POLICE, OFFICER JEFF DESAULNIERS, TRINETTE R. SCOTT, ADMINISTRATIVE OFFICE OF THE COURTS, COURT ON THE JUDICIARY, OFFICE OF DISCIPLINARY COUNSEL, DELAWARE SUPREME COURT, SUPERIOR COURT, JUDGE VAUGHN, PATRICIA MURPHY, and LINDA CARMICHAEL, | ) |
| Defendants. | ) |

ORDER

At Wilmington this 11th day of Oct., 2007, the complaint in the above-captioned case having been filed on May 4, 2007;

IT IS ORDERED that, on or before November 13, 2007 the plaintiff shall show cause why this case should not be dismissed for failure to serve process within 120 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT JUDGE

FILED
OCT 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE