IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE ALSTON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-246-GMS |
| | ) |
| DELAWARE DEPARTMENT OF | ) |
| JUSTICE VICTIM/WITNESS SERVICES, | ) |
| DELAWARE JUSTICE OF THE PEACE | ) |
| COURT, OFFICIAL PARROTT, | ) |
| DELAWARE DEPARTMENT OF | ) |
| SAFETY AND HOMELAND SECURITY, | ) |
| CAPITAL POLICE, OFFICER JEFF | ) |
| DESAULNIERS, TRINETTE R. SCOTT, | ) |
| ADMINISTRATIVE OFFICE OF THE | ) |
| COURTS, COURT ON THE JUDICIARY, | ) |
| OFFICE OF DISCIPLINARY COUNSEL, | ) |
| DELAWARE SUPREME COURT, | ) |
| SUPERIOR COURT, JUDGE VAUGHN, | ) |
| PATRICIA MURPHY, and LINDA | ) |
| CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 26th day of Nov., 2007, the complaint in the above-captioned case having been filed on May 4, 2007 and plaintiff having failed to respond and show cause why this case should not be dismissed for failure to serve process as is required by statute;

IT IS ORDERED that this case is **dismissed without prejudice** for failure to serve process within 120 days of filing the complaint as required by Fed. R. Civ. P. 4(m).

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

NOV 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE