IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JERRY LEE ALSTON, JR.,                    )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )  Civ. Action No. 07-246-GMS
                                          )
DELAWARE DEPARTMENT OF                    )
JUSTICE VICTIM/WITNESS SERVICES,          )
DELAWARE JUSTICE OF THE PEACE             )
COURT, OFFICIAL PARROTT,                  )
DELAWARE DEPARTMENT OF                    )
SAFETY AND HOMELAND SECURITY,             )
CAPITAL POLICE, OFFICER JEFF              )
DESAULNIERS, TRINETTE R. SCOTT,           )
ADMINISTRATIVE OFFICE OF THE              )
COURTS, COURT ON THE JUDICIARY,           )
OFFICE OF DISCIPLINARY COUNSEL,           )
DELAWARE SUPREME COURT,                   )
SUPERIOR COURT, JUDGE VAUGHN,             )
PATRICIA MURPHY, and LINDA                )
CARMICHAEL,                               )
                                          )
            Defendants.                   )

FILED

JAN 3 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

D scanned

## AFFIDAVIT OF SERVICE OF DOCUMENTS TO THE CLERKS OF THE COURT

Be advised and take notice of the filing of several documents intended for processing by the Clerk of the Court. In particular take notice of the filing of **A.** WRITTEN NOTICE OF INTENT TO FILE A DUE PROCESS COMPLAINT AGAINST THE NOTED CLERKS OF THE DISTRICT TO THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WRITTEN NOTICE AS TO PROPER PROCEDURE WHEREAS THERE IS A WRITTEN NOTICE OF INTENT. Referenced document attached to filing **B.** MOTION SEEKING IN PARTICULAR IMMEDIATE RECERTIFICATION OF THE COMPLAINT AND OR IN THE ALTERNATIVE WAIVER OF SERVICE

SPECIFICALLY BY RULE REGARDING WAIVER WITH NO FURTHER PENALTY TO THE FILER DUE TO DOCUMENTED CLERKING IRREGULARITIES.

**C. CONFIDENTIAL PRIVATE <u>Letter to Chief Judge Sleet</u> D. <u>Letter to the Clerk of the Court</u> E.** RETURN OF DEFICIENCY NOTICE AND ORIGINAL ENVELOPE CONTAINING **6 19 2007** SUMMONSES. **F.** AFFIDAVIT OF FILING OF SUMMONSES **6 15 2007 G.** AFFIDAVIT OF FILING OF APPLICATION FOR WAIVER AND OR IN THE ALTERNATIVE AFFIDAVIT OF WRITTEN NOTICE IMPLEMENTING THE RULE **6 15 2007 G.** WRITTEN INTENT OF WAIVER OF SERVICE OF PROCESS BY WRITTEN NOTICE DOCUMENT **6 15 2007 H.** SERVICE OF PROCESS THIRD PRESENTATION OF SERVING OF SUMMONSES **6 15 2007 I.** NOTICE OF SERVICE OF PROCESS OF SUMMONS AND COMPLAINT **5 9 2007** ALL DOCUMENTS SENT **Jan. 28 2008** ALL DOCUMENTS SENT VIA CERTIFIED MAILED U.S. POSTAL DELIVERY TO THE OFFICE OF THE CLERK UNITED STATES DISTRICT COURT U.S. COURTHOUSE LOCKBOX 18 844 KING STREET    WILMINGTON DE 19801 THE DEFENDANT WERE SERVED on and Through Patricia D. Murphy Deputy Attorneys General 102 Waters St. Dover De 19901 and Trinette R. Scott 107 Lawn Drive Smyrna De 19701 and Office of the Governor 150 William Penn St Tatnall Building Dover De mailed to the two individual noted and identified by the State Bill Bush and Para Legal Dawn Marra as official agents capable of receipt of service of documents and court papers.



ON THIS 29TH DAY OF JANUARY , 2008
JERRY L. ALSTON    APPEARED
BEFORE ME BENJAMIN T. GARRETT
A NOTARY PUBLIC FOR THE STATE OF
DELAWARE, COUNTY OF KENT.

COM EXP
09-06-11

Jerry Alston
29 Jan 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE ALSTON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-246-GMS |
| | ) |
| DELAWARE DEPARTMENT OF | ) |
| JUSTICE VICTIM/WITNESS SERVICES, | ) |
| DELAWARE JUSTICE OF THE PEACE | ) |
| COURT, OFFICIAL PARROTT, | ) |
| DELAWARE DEPARTMENT OF | ) |
| SAFETY AND HOMELAND SECURITY, | ) |
| CAPITAL POLICE, OFFICER JEFF | ) |
| DESAULNIERS, TRINETTE R. SCOTT, | ) |
| ADMINISTRATIVE OFFICE OF THE | ) |
| COURTS, COURT ON THE JUDICIARY, | ) |
| OFFICE OF DISCIPLINARY COUNSEL, | ) |
| DELAWARE SUPREME COURT, | ) |
| SUPERIOR COURT, JUDGE VAUGHN, | ) |
| PATRICIA MURPHY, and LINDA | ) |
| CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

WRITTEN NOTICE OF INTENT TO FILE A DUE PROCESS COMPLAINT
AGAINST THE NOTED CLERKS OF THE DISTRICT TO THE COURT OF
APPEALS FOR THE THIRD CIRCUIT AND WRITTEN NOTICE AS TO PROPER
PROCEDURES WHEREAS THERE IS A WRITTEN NOTICE OF INTENT

Be advised and take particular notice this is a written due process complaint relating to

noted and purposeful Clerking irregularities regarding the processing of summonses and

other documents to the court timely. The two particular June 15 2007 documents noted

and the July 20 2007 document referenced in this complaint herein as are the relevant

timely filed documents referenced hereinabove are incorporated into the contents herein

in full of this current complaint. The timely filed (**exhibit 1**) WRITTEN INTENT OF

WAIVER OF SERVICE OF PROCESS BY WRITTEN NOTICE DOCUMENT filed June 15 2007 and (**exhibit 2**) SERVICE OF PROCESS THIRD PRESENTATION OF SERVICE OF SUMMONSES filed June15 2007 are herein incorporated through reference in full (attached) thereof into this filing as is also (**exhibit 3**) NOTICE OF OBJECTION AND WRITTEN NOTATION FOR THE RECORD filed July 20 2007. I have a legal right to timely answers to procedural question raised timely given that; A law Clerk should not engage in any activities that would put into question the propriety of the law Clerks conduct in particular as a aggravating and obstructing factor in terms carrying out the duties of the office. A law Clerk should respect and comply with the law. A law Clerk should not allow family, social, or other relationship to influence conduct or judgment. A law Clerks conduct should at all times promote public confidence in the integrity and impartiality of the judiciary and of the office. A law Clerk should bear in mind the obligation to treat fairly and courteously the general public as well as the legal profession. A law Clerk should be dignified courteous and fair to all persons to whom the law Clerk deals with the law Clerk's official capacity. I have a legal right to acknowledgement of documents relating to waiver procedure. I have as a legal professional and a citizen the Constitutionally protected civil right to due process of law and of required application of the rules and of the equal protection of law, even when the State is a defendant.

BE ADVISED and take notice the information sought herein pursuant to the Rule of civil procedure referenced herein and the instruction sought hereinabove in this written notice of intent to the Clerks relates to PROCEDURAL QUESTION ONLY.

Be advised and take notice I am seeking in plain language the noted procedural requirements for filing a written complaint against exclusively the District Court Clerks to the Court of appeals for the third circuit for noted denial of due process specifically I have not been treated fairly and have no faith or confidence in the purposeful negative influence the Clerks have been thus far. BE ADVISED AND TAKE PARTICULAR NOTICE whereas there is absolutely no complaint, or issue and or no action whatsoever of any possible type or kind that is taken in any way against the District Court Chief Judge Sleet whatsoever regarding this matter. It is specifically noted for the particular record this is an action specifically against the Clerks only in particular and whereas there is absolutely no action whatsoever taken against or involving the acts, conducts, activities or actions of the Honorable Chief Judge Sleet of the District Court for Delaware.

Jmark Alston
29 Jan 2008

ON THIS 29TH DAY OF JANUARY, 2008
JERRY L. ALSTON APPEARED
BEFORE ME BENJAMIN T. GARRETT
A NOTARY PUBLIC FOR THE STATE OF
DELAWARE, COUNTY OF KENT.

By T. Garrett
COM EXP
09-06-11

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE ALSTON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-246-GMS |
| | ) |
| DELAWARE DEPARTMENT OF | ) |
| JUSTICE VICTIM/WITNESS SERVICES, | ) |
| DELAWARE JUSTICE OF THE PEACE | ) |
| COURT, OFFICIAL PARROTT, | ) |
| DELAWARE DEPARTMENT OF | ) |
| SAFETY AND HOMELAND SECURITY, | ) |
| CAPITAL POLICE, OFFICER JEFF | ) |
| DESAULNIERS, TRINETTE R. SCOTT, | ) |
| ADMINISTRATIVE OFFICE OF THE | ) |
| COURTS, COURT ON THE JUDICIARY, | ) |
| OFFICE OF DISCIPLINARY COUNSEL, | ) |
| DELAWARE SUPREME COURT, | ) |
| SUPERIOR COURT, JUDGE VAUGHN, | ) |
| PATRICIA MURPHY, and LINDA | ) |
| CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

COMPLAINT OF IRREGULARITIES RELATING TO THE CLERKS ACTIONS

Be advised and take notice this is a written complaint exclusively relating the actions of the Clerks only as to the actions, conduct, and their duty to address procedural question in a timely and professional manner and in this case the clerks have as a matter of record failed to address timely procedural questions raised within the 120 day time period specifically relating to service and in particular waiver of service of process.

Materially there is no dispute as to the relevant fact the Clerks received on June 15 2007 an AFFIDAVIT OF FILING OF APPLICATION FOR WAIVER AND OR IN THE ALTERNATIVE AFFIDAVIT OF WRITTEN NOTICE IMPLEMENTING THE

RULE and other materially relevant documents. Be advised the hereinabove document is
compelling timely and materially relevant and is herein served as exhibit number 1.

ON THIS 29 TH DAY OF JANUARY , 2008
JERRY L. ALSTON     APPEARED
BEFORE ME BENJAMIN T. GARRETT
A NOTARY PUBLIC FOR THE STATE OF
DELAWARE, COUNTY OF KENT.

COM EXP
09-06-11

29 Jan 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JERRY LEE ALSTON, JR.,                    )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )   Civ. Action No. 07-246-GMS
                                          )
DELAWARE DEPARTMENT OF                    )
JUSTICE VICTIM/WITNESS SERVICES, )
DELAWARE JUSTICE OF THE PEACE   )
COURT, OFFICIAL PARROTT,                  )
DELAWARE DEPARTMENT OF                    )
SAFETY AND HOMELAND SECURITY, )
CAPITAL POLICE, OFFICER JEFF              )
DESAULNIERS, TRINETTE R. SCOTT,  )
ADMINISTRATIVE OFFICE OF THE        )
COURTS, COURT ON THE JUDICIARY, )
OFFICE OF DISCIPLINARY COUNSEL,  )
DELAWARE SUPREME COURT,              )
SUPERIOR COURT, JUDGE VAUGHN,    )
PATRICIA MURPHY, and LINDA            )
CARMICHAEL,                               )
                                          )
        Defendants.                       )

MOTION SEEKING IN PARTICULAR IMMEDIATE RECERTIFICATION OF THE
COMPLAINT AND SERVICE OF PROCESS OF THE MAY 4 2007 COMPLAINT ON
THE STATE AND OR IN THE ALTERNATIVE WAIVER OF SERVICE
SPECIFICALLY BY RULE REGARDING WAIVER WITH NO FURTHER PENALTY
TO THE FILER DUE TO DOCUMENTED CLERKING IRREGULARITIES

Be advised and take particular notice, this is a motion in writing seeking immediate

recertification of the complaint and service of process of the May 4 2007 complaint and

summonses or in the alternative it is a waiver of service by rule to the State document,

regarding the May 4 2007 filing with no further penalty to the filer due to documented

Clerking irregularities. It is noted as materially relevant and applicable to this case that the State of Delaware has a two year civil complaint Statute. The intent herein is to circumvent by Rule the Civ. 4(m) without prejudice dismissal and to recertify the complaint placing it back on the courts docket in good standing.

ON THIS 29TH DAY OF JANUARY, 2008
JERRY L. ALSTON APPEARED
BEFORE ME BENJAMIN T. GARRETT
A NOTARY PUBLIC FOR THE STATE OF
DELAWARE, COUNTY OF KENT.

By T. Smith
COM EXP
09-06-11

Jerry Alston
/29 Jan 2008

TO:  Clerk Peter T. Dalleo                                    28 Jan. 2008

## CLERK OF COURT

RE:  Return of summonses and due process complaint, based on timely subsequent filing of procedural instruction for a waiver, that have not been to date acknowledged by the Clerks and Notice seeking procedural instruction as to intent to file a complaint to the Court of Appeals for the Third Circuit as to long term and profound obstruction via Clerk

Dear Mr. Dalleo:

Be advised and take particular notice as to the filing of a written complaint. The purpose of this correspondence to you is to cure any defect noted or impediment referenced to the successful filing of summonses and other court papers to the State or in the alternative the receipt of documentation specific to procedural instructions sought timely prior to expiration of the 120 day filing period relating to waiver. This particular document as well as the preceding filings on this issue sought as this filing seeks is specific procedural instructions only. What has been sought, and is presently sought, is clearly and manifestly within the duty of the Clerk to specifically provide in particular. The primary issue raised is a issue of the denial of the due process right and known intent expressed in plain language of the filer. I have a civil right, to be treated fairly and to have the information sought from the court Clerks in writing not to be ignored as has thus far been the case as to responses to exclusively procedural questions not provided timely.

This particular document seeks to obtain only, for a fourth time the procedures specific to the court paperwork required, to cure the deficiency noted and or in the alternative to obtain waiver pursuant document filed timely as to particular federal rules of civil procedure set forth for that particular purpose of waiver of service upon written notice. Given and whereas there are such materially relevant applicable rules as noted with particularity and specificity for that purpose, what are they and why have they not been provided prior to the present contact and circumstances?

Enclosed are the relevant evidentiary documents identified as exhibits in question including the mailing envelope and deficiency notices and summonses contained there in. Be advised and take particular notice as to the existence of documents relating to waiver of service by Fed. Rules of Civil procedure, filed June 15 2007, and other noted exhibits.

F.

Case No. 07-246 GS

June 15 2007

## AFFIDAVIT OF FILING OF SUMMONSES

Summonses that were completed prior to this particular presentation specifically and apparently were never received by the Clerks of the court and therefore and thereafter another set was sent via certified mail. The second set of documents were mailed via the U.S. Postal Service certified mail with written acknowledgement of receipt to the United States Court house 844 N. king St. Lock box 18 Wilmington De. 19801

Be advised as to specific known intent of JERRY L. ALSTON complainant expressed in clear and compelling plain language that the Summonses be processed timely, procedurally properly and without delay is the particular purpose of this filing.

_15 June 2007_

JERRY L. ALSTON.

I swear the facts are true so help me GOD

G. 1

Case No. 07-246- GS
June 15 2007

## AFFIDAVIT OF FILING OF APPLICATION FOR WAIVER AND OR IN THE ALTERNATIVE AFFIDAVIT OF WRITTEN NOTICE IMPLEMENTING THE RULE

Be advised and take notice of specific intent. The specific intent is to receive a waiver issued pursuant to appropriate rule of this court when in fact there is such a rule and such a thing procedurally proper as a rule for WAIVER OF SERVICE OF SUMMONSES.

It is understood that a waiver of summonses document seeking the appropriate forms if any was filed on June 15 2007by Jerry L. Alston with written notice of intent.

I swear these facts are true so help me GOD

15 June 2007

JERRY L. ALSTON

6/15/07

*(notary seal: LAUREN E. FERGUSON, My Commission Expires 02-26-08, State of Delaware, NOTARY PUBLIC)*

UNITED STATES DISTRICT COURT **CLERK**
844 KING St. U.S. Court House
Lockbox 18

### 15 June 2007

## WRITTEN INTENT OF WAIVER OF SERVICE OF PROCESS BY WRITTEN NOTICE DOCUMENT

Be advised and take notice this is the third filing of these particular documents summonses., they were in fact sent regular mail to United States Court house United State District Court Office of the Clerk U.S. District Court Lockbox 18 844 King Street Wilmington DE 19801 16 May 2007 with no way to track the referenced document.

Be advised and take notice under the heading of **SERVICE OF PROCESS THIRD PRESENTATION OF SUMMONSES** are completed summonses. Be advised and take notice herein in this filing is a <u>WRITTEN NOTICE OF INTENT SEEKING A WAIVER OF SERVICE OF SUMMONSES</u> whereas for what ever reason the particular Court or the Clerk thereof has any issue with this 15 June 2007 filing the record will demonstrate simultaneous timely filing of waiver document stating in plain language the particular intent of the specific filer was also made in writing on 15 June 2007 the record should also reflect the filing of 1 affidavit accompanied each of the two filings.

Be advised and take particular notice of specific intent through this written notice for identification of the procedural Rule referenced which is <u>sought for the purpose of waiver of service of process pursuant to rule</u> or form to be filed with the District Court.

Be advised of filing of "service of process of third presentation of serving of summonses" document is incorporated into this particular document as though and as if annotated herein word for word as to a written application of specific intent and as a compelling demonstration of particular intent of complainant as noted as of 15 June 2007.

What is the required form document used for this purpose and where can it be found.

I swear these facts are true so help me GOD

JERRY ALSTON          June 15 2007

6/15/07

LAUREN E. FERGUSON
My Commission
Expires
02-26-08
State of
Delaware
NOTARY PUBLIC

H and EXHIBIT 2

CLERK OF THE COURT

U.S. Court House 844 King St.
Wilmington DE 19801

### 15 JUNE 2007

SERVICE OF PROCESS THIRD PRESENTATION OF SERVING OF SUMMONSES

1. Enclosed are completed summons received from the Clerk 8 June 2007. Be advised and take particular notice that the short but informative discussion relating to particular procedural questions with Clerk "Tod" disclosed that the summonses sent to me on or about May 14 2007 **that were completed and sent back** to the District Court had not been received as of 8 June 2007. Due the fact the particular documents specific to the completed summonses were sent via regular mail on 16 May 2006 and most certainly should have been received by 8 June 2007 and due to the material fact there was no way to trace the particular documents in question because it was not sent via certified mail the enclosed completed summonses are herein presented for further processing.

2. Be advised and take notice the contents of a written document entitled "Written intent of waiver of service of process of summons by written notice" is incorporated into this particular document and filing as though and as if annotated herein word for word as to a written application of specific intent. Be advised and take particular notice of a compelling written demonstration of particular intent of complainant Jerry L. Alston as noted 15 June 2007 with the specific purpose of the filing to timely process summonses.

3. The purpose of this written notice to the Clerks is to be notified by the Clerks and or to receive timely notice from the Clerks of any, deficit, or issue or concern affecting the processing of the summonses in a timely manner to prevent any processing delay.

I swear these facts are true so help me GOD

_Jerry L. Alston_    June 15 2007

JERRY L. ALSTON

_Lauren E. Ferguson_  6/15/07

LAUREN E. FERGUSON
My Commission Expires
02-26-08
State of Delaware
NOTARY PUBLIC

United States Court House. United States District Court 844 King Street
Office of the Clerk of the U.S. District Court Lockbox 18
Attn: Clerk of the Court Delaware District Court

NOTICE OF SERVICE OF PROCESS OF SUMMONS AND COMPLAINT

1 The intent of this letter is to identify form of order for the purpose of Service of process.

2.Be advised and take notice of a NOTICE DOCUMENT for the courts review.

3.Be advised as to form of SUMMONS and a copy of the complaint is enclosed.

4.Be advised and take particular notice as to mailing of a copy of the particular referenced documents specifically sent to the State and the governor via U.S. postal service mailed to the Office of the Governor Ruth A. Minner located at the Office of the Governor 150 William Penn Street Tatnall Building Dover Delaware.

5. Be advised and take particular notice of the fact on 7 May 2007 at approximately 10:00 a.m. I called the office of the governor at the hereinabove location. Be advised and take notice on the hereinabove date I personally had a brief but informative discussion with a individual describing herself as Dawn Marra and whereas she asserted to have the authority to receive service of process for Governor Minner. The particular purpose of the call to the office was to ascertain who had the authority to receive either a waiver document or to receive service of process and the complaint on behalf of the governor.

6.Be advised and take notice two individuals were specifically identified for that particular purpose, Attorney Bill Bush and Para-legal Dawn Marra are those persons.

7.Be advised and take notice of two sets of documents sent to the address hereinabove, One copy is sent certified receipt requested and the other through normal mail delivery.

I swear these facts are true so help me God.

9 May 2007

**UNITED STATES DISTRICT COURT** <u>CLERK RONALD GOLDEN</u>    **U.S. COURT HOUSE**        844 KING STREET WILMINGTON DE

LOCKBOX 18                                      **CASE NO. 07-246-GMS**

## NOTICE OF OBJECTION AND WRITTEN NOTATION FOR THE RECORD

Be advised and take particular notice as to notice of objection and written notation for the records in regard to receipt of a <u>DEFICIENCY NOTICE</u> from Clerk Ronald Golden dated June 19 2007. Whereas complainants intent and best recollection there were several documents sent to the District Court on June 15 2007 as a material part of the filing contained in certified mail document 7006 2760 0003 9568 0711 mailed on June 15 2007 not just the summonses. Attached with the filing of Summonses to my best recollection were 2 AFFIDAVITS and **other documents** including the specific subject of a deficiency notice the other four noted documents either were inadvertently not placed in the envelope caused to be mailed by complainant and not mailed on June 15 2007 or were not and are not acknowledged or not filed by the Clerk noted for what ever reason as of July 3 2007. As of this filing what is the status of these particular documents specific to certified mail document 7006 2760 0003 9568 0711? as of July 20 2007.

The specific purpose of this particular filing is to correct and preserve the record if and whereas the specific four documents were not contained in the filing which was complainants specific intent and purpose on June 15 2007 by sending copies of the original documents. If the particular documents are not in the possession of the Court Clerk it was intended that they were either already sent to the Court on 6/15/07 contained in the envelope sent back to Jerry L. Alston June 19 2007 or inadvertently not included and therefore the reason that they are not acknowledged by Clerk Ronald Golden as of the <u>filing of objection July 2 2007</u>.

The purpose and intent of sending the documents noted 16 June 2007 was to gain procedural information from the Clerk on the forms needed for a WAIVER OF SERVICE OF PROCESS specific to the summonses. Be advised and take notice it was the intent of the filer that the following documents be sent to the District Court June 15 2007.  1.<u>AFFIDAVIT OF FILING OF APPLICATION FOR WAIVER AND OR IN THE ALTERNATIVE AFFIDAVIT OF WRITTEN NOTICE IMPLEMENTING THE RULE</u> 2.<u>AFFIDAVIT OF FILING OF SUMMONSES</u> 3. <u>WRITTEN INTENT OF</u>

RULE 2.AFFIDAVIT OF FILING OF SUMMONSES 3. WRITTEN INTENT OF WAIVER OF SERVICE OF PROCESS BY WRITTEN NOTICE DOCUMENT 4. SERVICE OF PROCESS THIRD PRESENTATION OF SERVING SUMMONSES either the hereinabove documents were in fact attached to the filing contained in the very same envelope mailed on 15 June 2007 or not. The subject of the filing is receipt of acknowledgement of proper procedural question placed before the Court Clerk that should be acknowledged timely and in writing. Enclosed are copies of the filing that **ARE BELIEVED TO BE IN FACT IN THE POSSESSION** of the District Court contained therein CERTIFIED MAIL DOCUMENT 7006 2760 0003 9568 0711 mailed on June 15 2007 from Dover Delaware and received by District Court Clerk Ronald Golden. Question is raised as to the purpose and the intent of the District Court.

JERRY L. ALSTON . 20 July 2007

I swear these particular relevant and material facts are true so help me GOD.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTICT OF DELAWARE

To:

DELAWARE DEPARTMENT OF JUSTICE
VICTIM/WITNESS SERVICES, unknown agents,
DELAWARE JUSTICE OF THE PEACE COURT,
OFFICIAL PARROTT, individually and as an agent of the
JUSTICE OF THE PEACE COURT, DELAWARE
DEPT. OF SAFETY AND HOMELAND SECURITY,
CAPITAL POLICE and OFFICER JEFF DESAULNIERS,
individually, and as an agent of the DELAWARE CAPITAL
POLICE, TRINETTE R.-SCOTT individually
ADMINISTRATIVE OFFICE OF THE COURTS,
COURT ON THE JUDICIARY and the OFFICE OF
DISCIPLINARY COUNSEL and the DE SUPREME COURT
SUPERIOR COURT, and the COURT OF COMMON PLEAS
JUDGE VAUGHN in official capacity, agent of State PATRICIA
MURPHY & LINDA CARMICHAEL as a agent of the State

Defendants.

### SUMMONS IN A
### CIVIL ACTION

Case Number: **07-246**



**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of the Court
and serve upon plaintiff Jerry L. Alston appearing pro se an answer in writing to the
complaint which is herewith served upon you, within _____ days  after service of this
summons upon you exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the reli. demanded in the complaint.

Date_____          _____ Clerk

J L ALSTON
406 ARNOLD Ct.
Generals Greene
Dover DE. 1901



FIRST CLASS



CERTIFIED MAIL

7006 2760 0001 9880 6343



U.S. POSTAGE
PAID
DOVER DE
JAN 30 08
AMOUNT
$6.62

CLERK U.S. COURTHOUSE
U.S. DISTRICT COURT.
Lock Box 18  844 KING St.
WILMINGTON DE. 19801

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

**DEFICIENCY NOTICE**

DATE: _6-19-07_

TO: _Jerry Lee Alslow, Jr._

RE:    CA# _07-246 GMS_  CASE CAPTION: _Jerry Lee Alston, Jr. V. DE Dep. of Just., et al._

Please note that a document submitted for filing (or courtesy copy thereof) in the above noted case *does not conform* to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices:  ☒ **The Court will take no action on subject document until discrepancies are corrected.**

or  ☐ **Corrective action has been taken by the Court, however future filings should address these concerns.**

☐  D.I.#_____  Courtesy copy not received by end of next business day.

☐  D.I.#_____  Document or courtesy copy not properly bound (rubber bands/clips not acceptable).

☐  D.I.#_____  Notice of Filing Paper or Multi-media Materials filed; items not yet received.

☐  D.I.#_____  Redacted copy of sealed document not filed within 5 business days.

☐  D.I.#_____  Pro Hac Vice fee not paid for attorney(s)_____.

☐  D.I.#_____  Attorney account used to file document does not agree with the signature /s/ on document.

☐  D.I.#_____  Certificate of Service (when required) was not included as last page of the document.

☐  D.I.#_____  Certificate of Service (when required) does not show service on all NON-electronic parties.

☐  D.I.#_____  No electronic /s/ signature or actual signature of filer(s) found in all applicable blocks.

☐  D.I.#_____  Discovery document(s) erroneously filed. Document will be removed from the docket.

☐  D.I.#_____  L.R. 7.1.1 statement not included as required for non-dispositive motions.

☐  D.I.#_____  Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐  D.I.#_____  Brief does not conform to local rules:_____.

☐  D.I.#_____  Document(s) on CD exceeds maximum file size of 4.0 megabytes. Please divide document into multiple pdf. segments under 4.0 MB each and resubmit to Clerk for filing.

☐  D.I.#_____  Sealed documents not properly presented for filing -_____.

☐  D.I.#_____  Document is not in a readable PDF format. Please correct and resubmit to Clerk's Office.

☒  D.I.#_N/A_ _Summonses do not conform with party names noted on the docket + therefore cannot be issued by the clerk. See FRCP Rule 4._

If there are any questions concerning this matter, contact the Clerk's Office, at 573-6170. Also, refer to *ECF Tips* and *Administrative Procedures* on our web site, at **http:www.ded.uscourts.gov**.

cc:    Assigned Judge  **JUN 19 2007**

(DEFICIENCY NOTICE - Rev. 11/06)  _RG scanned_

**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

_Ronald Golden_
Deputy Clerk

E.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

JERRY L. ALSTON AND TRIPLE 7
PARA-LEGAL SERVICES

**SUMMONS IN A CIVIL CASE**

V.

DELAWARE ADMINISTRATIVE
OFFICE OF THE COURT.., CASE NUMBER: 07-246 GS

TO: (Name and address of Defendant)

DELAWARE ADMINISTRATIVE OFFICE OF THE
COURTS,, NEW CASTLE COUNTY COURTHOUSE,
500 N. KING STREET. 19802
WILMINGTON DELAWARE. 19802

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PROSE PLAINTIFF 406 ARNOLD COURT GENERALS GREENE
DOVER DE. 19901

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                                 DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____Delaware_____

JERRY L. ALSTON AND TRIPLE 7
PARA-LEGAL SERVICES

**SUMMONS IN A CIVIL CASE**

V.
DELAWARE JUSTICE OF
THE PEACE COURT.., CASE NUMBER:   07-246 GS


TO: (Name and address of Defendant)
DELAWARE JUSTICE OF THE PEACE COURT,.
480 BANK LANE DOVER DE. 19901


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PRO SE PLAINTIFF JERRY L ALSTON 406 ARNOLD
COURT, GENERALS GREENE DOVER DE. 19901


an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.


CLERK                                                        DATE


(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JERRY L. ALSTON&TRIPLE 7
PARA-LEGAL SERVICES

**SUMMONS IN A CIVIL CASE**

V.

DELAWARE COURT OF
COMMON PLEAS...,

CASE NUMBER: 07-246 GS

TO: (Name and address of Defendant)
DELAWARE COURT OF COMMON PLEAS.,
38 THE GREENE DOVER DE, 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
PROSE PLAINTIFF 406 ARNOLD COURT
GENERALS GREENE. DOVER DE 19901

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK

DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JERRY L. ALSTON AND
TRIPLE 7 PARA-LEGAL
SERVICES      v.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:      $07-246$ GS

DELAWARE DEPARTMENT OF
JUSTICE Et. AL.,

TO: (Name and address of Defendant)

OFFICE OF THE GOVERNOR

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BILL BUSH  DAWN MARA., ATTORNEYS AND
OR LEGAL COUNSEL FOR GOVERNOR
RUTH ANN MINNER.

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____          _____
CLERK                            DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

JERRY L ALSTON AND TRIPLE 7
PARA-LEGAL SERVICES
       V.

**SUMMONS IN A CIVIL CASE**

DELAWARE COURT ON THE
JUDICIARY..,

CASE NUMBER: 07-246 GS

TO: (Name and address of Defendant)

DELAWARE COURT ON THE JUDICIARY.,
NEW CASTLE COUNTY COURTHOUSE.
500 N. KING STREET. WILMINGTON DE. 19802

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PRO SE PLAINTIFF 406 ARNOLD COURT GENERALS
GREENE DOVER DE. 19901

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____              _____
CLERK                                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JERRY L. ALSTON AND
TRIPLE 7 PARA-LEGAL
SERVICES.     v.

**SUMMONS IN A CIVIL CASE**

OFFICIAL PARROTT
DELAWARE JUSTICE
OF THE PEACE COURT

CASE NUMBER:     07-246 GS

TO: (Name and address of Defendant)
DELAWARE JUSTICE OF THE PEACE COURT, OFFICIAL
PARROTT., 480 BANK LANE DOVER DE. 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____          _____
CLERK                                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JERRY L. ALSTON &ND
TRIPLE 7 PARA-LEGAL
SERVICES  V.

**SUMMONS IN A CIVIL CASE**

CAPITAL POLICE AND
OFFICER JEFF DESAULNIER
INDIVIDUALLY AND AS AN
AGENT OF THE DELAWARE
CAPITAL POLICE...,

CASE NUMBER:    O7 - 246 - GS

TO: (Name and address of Defendant) OFFICER JEFF DESAULNIERS
INDIVIDUALLY AND AS AN AGENT OF THE DELAWARE
CAPITAL POLICE., 150 E. WATER ST. DOVER DE. 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PROSE PLAINTIFF 406 ARNOLD COURT GENERALS
GREENE DOVER DE. 19901

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK _____    DATE _____

(By) DEPUTY CLERK _____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JERRY L. ALSTON AND TRIPLE 7
PARA-LEGAL SERVICES

**SUMMONS IN A CIVIL CASE**

V.

DELAWARE OFFICE
OF DISCIPLINARY
COUNSEL ...,

CASE NUMBER: O7-246 GS

TO: (Name and address of Defendant)
DELAWARE OFFICE OF DISCIPLINARY COUNSEL.,
500 N. KING STREET. 19802 WILMINGTON DE. 19802

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PRO SE PLAINTIFF 406 ARNOLD COURT GENERALS
GREENE DOVER DE, 19901

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK

_____
DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JERRY L. ALSTON AND TRIPLE 7
PARA-LEGAL SERVICES

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    07-246 GS

TO: (Name and address of Defendant)

PRESIDENT JUDGE VAUGHN IN OFFICIAL
CAPACITY., AGENT OF THE STATE.,
38 The Greene Dover DE. 19901

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PROSE Plaintiff JERRY L. ALSTON 406 ARNOLD
Court, GENERALS GREENE DOVER DE 19901

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JERRY L. ALSTON AND TRIPLE 7
PARA-LEGAL SERVICES                    **SUMMONS IN A CIVIL CASE**

V.

DELAWARE SUPERIOR    CASE NUMBER:  07-246 GS
COURT...,

TO: (Name and address of Defendant)

DELAWARE SUPERIOR COURT.,
38 THE GREENE DOVER DE. 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PROSE PLAINTIFF 406 ARNOLD COURT GENERALS
GREENE DOVER DE. 19901

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      Delaware

JERRY L. ALSTON AND TRIPLE 7
PARA-LEGAL SERVICES

**SUMMONS IN A CIVIL CASE**

V.

DELAWARE SUPREME COURT..,

CASE NUMBER: 07-246 GS

TO: (Name and address of Defendant)

DELAWARE SUPREME COURT.,
502 STATE STREET DOVER 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PROSE PLAINTIFF 406 ARNOLD COURT GENERALS
GREENE DOVER DE. 19901

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____     _____

CLERK      DATE

_____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|  | District of | Delaware |
|---|---|---|

JERRY L. ALSTON & TRIPLE 7
PARA-LEGAL SERVICES

**SUMMONS IN A CIVIL CASE**

V.

DELAWARE DEPARTMENT
OF JUSTICE VICTIM/
WITNESS SERVICES,
UNKNOWN AGENTS...,

CASE NUMBER:   07-246 GS

TO: (Name and address of Defendant)
DELAWARE DEPARTMENT OF JUSTICE VICTIM/WITNESS
SERVICES, UNKNOWN AGENTS., 102 WEST WATER ST.
DOVER DE. 19904.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PRO SE PLAINTIFF JERRY L. ALSTON 406 Arnold Court
GENERALS GREENE DOVER DE. 19901

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

JERRY L. ALSTON AND TRIPLE
7 PARALEGAL v. SERVICES          **SUMMONS IN A CIVIL CASE**

DELAWARE DEPT OF
SAFETY AND HOMELAND     CASE NUMBER:   07-246 GS
SECURITY...,

TO: (Name and address of Defendant)
DELAWARE DEPT. OF SAFETY AND HOMELAND
SECURITY., P.O. BOX 818 DOVER DE. 19903

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PROSE PLAINTIFF 406 ARNOLD COURT GENERALS
GREENE DOVER DE. 19901

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_____          _____
CLERK                                                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

JERRY L. ALSTON AND TRIPLE 7
PARA-LEGAL SERVICES

**SUMMONS IN A CIVIL CASE**

V.

LINDA CARMICHAEL

CASE NUMBER:  07-246  GS

TO: (Name and address of Defendant)

LINDA CARMICHAEL AS A AGENT OF THE STATE.
DEPUTY, ATTORNEYS GENERAL OFFICE.
102 WEST WATER STREET. DOVER DE. 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PROSE PLAINTIFF JERRY L. ALSTON 406 ARNOLD
COURT, GENERALS GREENE DOVER DE. 19901

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____          _____
CLERK                                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JERRY L. ALSTON AND TRIPLE
7 PARA-LEGAL SERVICES

**SUMMONS IN A CIVIL CASE**

V.
PATRICIA MURPHY

CASE NUMBER: ◯ 7-2 4 6 6 S

TO: (Name and address of Defendant)

PATRICIA MURPHY AS AGENT OF THE STATE
DEPUTY., ATTORNEYS GENERALS OFFICE.
102 WEST WATER STREET. DOVERDE. 1990 (

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PRO SE PLAINTIFF JERRY L. ALSTON 406 ARNOLD
COURT, GENERALS GREENE. DOVER DE, 1990]

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____

CLERK                                    DATE

_____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JERRY L ALSTON AND TRIPLE
7 PARA-LEGAL-SERVICES

**SUMMONS IN A CIVIL CASE**

V.

TRINETTE R, SCOTT

CASE NUMBER: O 7-246 GS

TO: (Name and address of Defendant)

TRINETTE R. SCOTT 107 LAWN DRIVE
SMYRNA DE. 19770. APT. 3C

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PROSE PLAINTIFF 40 6 ARNOLD COURT GENERALS
GREENE DOVER DE-19901

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK

_____
DATE

_____
(By) DEPUTY CLERK

J.L. ALSTON
406 ARNOLD COURT
GENERALSGREENE
DOVER DE. 19901



U.S. COURTHOUSE   ATT. CLERK
UNITED STATES DISTRICT COURT
844 N. KING St. LOCKBOX 18
WILMINGTON DE. 19801

