IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE ALSTON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-246-GMS |
| | ) |
| DELAWARE DEPARTMENT OF | ) |
| JUSTICE VICTIM/WITNESS SERVICES, | ) |
| DELAWARE JUSTICE OF THE PEACE | ) |
| COURT, OFFICIAL PARROTT, | ) |
| DELAWARE DEPARTMENT OF | ) |
| SAFETY AND HOMELAND SECURITY, | ) |
| CAPITAL POLICE, OFFICER JEFF | ) |
| DESAULNIERS, TRINETTE R. SCOTT, | ) |
| ADMINISTRATIVE OFFICE OF THE | ) |
| COURTS, COURT ON THE JUDICIARY, | ) |
| OFFICE OF DISCIPLINARY COUNSEL, | ) |
| DELAWARE SUPREME COURT, | ) |
| SUPERIOR COURT, JUDGE VAUGHN, | ) |
| PATRICIA MURPHY, and LINDA | ) |
| CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on May 4, 2007, the plaintiff, who proceeds *pro se* and has paid the filing fee, filed a civil rights action pursuant to 42 U.S.C. § 1983 (D.I. 1);

WHEREAS on November 26, 2007, the court dismissed the case without prejudice for the plaintiff's failure to respond and show cause why the case should not be dismissed for failure to serve process as is required by statute (D.I. 11);

WHEREAS, on January 31, 2007, the plaintiff filed a number of documents which the court construes, collectively, as a motion to reopen the case and to effect service (D.I. 12);

THEREFORE, at Wilmington this 25th day of Feb., 2008, IT IS

HEREBY ORDERED that:

1. The dismissal order of November 26, 2007, (D.I. 11) is **vacated**.

2. The clerk of the court shall **reopen** this action.

3. The plaintiff **shall effect** service upon the defendants within sixty days from the date of this order. The plaintiff is reminded that in order for summons to issue, they must be complete and in the proper form, for each of the named defendants.

/s/ *signature*
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

FEB 2 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE