IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE ALSTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 07-246-GMS |
| ) | |
| DELAWARE DEPARTMENT OF ) | |
| JUSTICE VICTIM/WITNESS SERVICES, ) | |
| DELAWARE JUSTICE OF THE PEACE ) | |
| COURT, OFFICIAL PARROTT, ) | |
| DELAWARE DEPARTMENT OF ) | |
| SAFETY AND HOMELAND SECURITY, ) | |
| CAPITAL POLICE, OFFICER JEFF ) | |
| DESAULNIERS, TRINETTE R. SCOTT, ) | |
| ADMINISTRATIVE OFFICE OF THE ) | |
| COURTS, COURT ON THE JUDICIARY, ) | |
| OFFICE OF DISCIPLINARY COUNSEL, ) | |
| DELAWARE SUPREME COURT, ) | |
| SUPERIOR COURT, JUDGE VAUGHN, ) | |
| PATRICIA MURPHY, and LINDA ) | |
| CARMICHAEL, ) | |
| ) | |
| Defendants. ) | |

FILED
APR - 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

NOTICE OF MOTION FOR EXTENSION OF TIME 60 DAYS OR IN THE
ALTERNATIVE MOTION FOR TIME TO COMPLETE THE PARTICULAR
PURPOSE OF SERVING SUMMONSES AND OTHER COURT PAPERS

Be advised and take particular notice of a motion for extension of time a additional 60 days. Or in the alternative extension of time until service of process is completed, for the purpose of serving summonses pursuant to the Feb.25 2008 Court Order of The Honorable Chief United States District Judge Sleet. The Order specifies "3. The plaintiff **shall effect** service upon the defendants [within sixty days] from the date of this Order. The plaintiff is reminded that in order for summons to issue, they must be complete and in the proper form, for each of the named defendants". Whereas a professional process

server has been hired to accomplish service of process and they will be filing the summonses and will complete them in proper form for filing on my behalf and will be interacting on my behalf with the Clerks of the District Court. The stated purpose of this particular document is specifically regarding the timely written documentation and notice to the District Court of the hiring of a professional process serving service specifically hired for theses particular noted procedures and court requirements of service of process.

Be advised and take particular notice this is a timely Motion whereas in fact time has not expired at the time of filing of the Motion. In fact at the time of the filing of the Motion 25 days remain on the initial Order of 25 Feb. 2008, the particular purpose of this Motion identifies good faith intent and due diligence as the intent of the filer. Whereas, I do not know how long the professional process serving service will take to serve the respondent upon making their formal appearance. I thought it best to file this motion to the District Court to preserve the record timely under theses noted unique circumstances. The Motions particular purpose and plaintiff's good faith intent is to serve these particular defendants timely and properly without delay within the time allotted. The specific purposes of this document and the filings are to preserve the record and extend the time for the particular purpose of service of process on the State and defendants. Intent is asserted for an extension should that specific purpose not occur timely through know fault or intent of the plaintiff for whatever reason within the next 25 days.

It is expected that the professional process serving service will be contacting the District court directly this week in order to formally identify appearance and purpose.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE ALSTON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-246-GMS |
| | ) |
| DELAWARE DEPARTMENT OF | ) |
| JUSTICE VICTIM/WITNESS SERVICES, | ) |
| DELAWARE JUSTICE OF THE PEACE | ) |
| COURT, OFFICIAL PARROTT, | ) |
| DELAWARE DEPARTMENT OF | ) |
| SAFETY AND HOMELAND SECURITY, | ) |
| CAPITAL POLICE, OFFICER JEFF | ) |
| DESAULNIERS, TRINETTE R. SCOTT, | ) |
| ADMINISTRATIVE OFFICE OF THE | ) |
| COURTS, COURT ON THE JUDICIARY, | ) |
| OFFICE OF DISCIPLINARY COUNSEL, | ) |
| DELAWARE SUPREME COURT, | ) |
| SUPERIOR COURT, JUDGE VAUGHN, | ) |
| PATRICIA MURPHY, and LINDA | ) |
| CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

FILED
APR - 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

AFFIDAVIT OF SERVICE OF DOCUMENT TO THE CLERK OF THE COURT

Be advised and take particular notice of the filing of two documents including a Memorandum of record to the Clerk regarding Service of Process explaining the purpose and the intent of the various filings to the District Court. Be advised as to the filing of 1. "Notice of Motion for Extension of Time for the particular purpose of serving summonses and other court papers." and a 2. "Memorandum of Record regarding Service of Process". Take note a copy of this referenced filing is herein noted as sent via

U.S. Postal Service certified mail delivery, to Patricia Murphy Deputy Ag. 102 Water St. Dover De.19901 and Office of the Governor Minner attention Bill Bush and Dawn Marra identified as authorized agents of the Governor capable of receipt of service of process thereto located at 150 William Penn St. Tatnall Building Dover DE 19901

I swear these facts are true so help me GOD.

_Jerry L Alston_ 31 Mar 2008
JERRY L. ALSTON

ON THIS 31ST DAY OF MARCH, 2008
JERRY L. ALSTON APPEARED
BEFORE ME BENJAMIN T. GARRETT
A NOTARY PUBLIC FOR THE STATE OF
DELAWARE, COUNTY OF KENT.

**Delaware District**
**Clerk of the Court**
**MEMORANDUM OF RECORD REGARDING SERVICE OF PROCESS**

<u>Clerk of the District Court</u>: To whom it may concern, the particular reason for this filing and purpose of this document is to successfully, serve the respondent summonses and the complaint. To date for what ever reason that has not occurred. This particular document specifically relates to the Court Order of the Honorable Chief United States District Judge Sleet of Feb 25 2008 reopening this case. Whereas a specific provision of the Order states "3.<u>The plaintiff shall effect service upon the defendants **within sixty days** from the date of this order. The plaintiff is reminded that in order for summons to issue, they must be complete and in proper form for each of the named defendants.</u>" I thank the Court for clear wording in the Order of Feb. 25 2008. The particular purpose of this document identifies good faith intent of the filer to timely accomplish, completed summonses, in this case, and service of process in the proper form for each of the named defendants requiring the summonses to issue, in this case without further delay.

During the past 30 days I have contacted numerous lawyers to find to my amazement in particular none of them do this type of work. I have hired a professional process serving service, that is what I am told some of the lawyers do, and that's what one of the attorneys I talked to suggested I do, because they can and will successfully serve the respondent the summonses and the complaint. I am asking for in plain language in writing from the Clerks the documents required or the necessary forms required from the District Court for that purpose. The particular purpose of this document is to achieve successful service of process which is what I am asking for in plain language in writing by and through this particular correspondence to be provided by the Clerk regarding whatever documents I need to provide to the professional process servers service.

<u>The questions raised and the information sought are procedural information only</u> well within the clerks reasonable duties to provide, in any event the specific stated purpose of this document has been stated in 4 paragraphs. Be advised and take particular notice of a written <u>memorandum of record regarding service of process regarding service of process.</u> Be advised as to the hiring and appearance of professional process servers in this case.

J. L. ALSTON
406 ARNOLD Ct.
Generals Greene
DOVER DE 19901


7008 0500 0000 3228 1398


RETURN RECEIPT REQUESTED

Att Clerk of the Court
U.S. CourtHouse
Federal District Court
844 King St.
Wilmington DE. 19801

