IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JERRY LEE ALSTON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No: 07-246-GMS |
| | ) | |
| DELAWARE DEPARTMENT OF JUSTICE VICTIM/WITNESS SERVICES, DELAWARE JUSTICE OF THE PEACE COURT, OFFICIAL PARROTT, DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY, CAPITAL POLICE, OFFICER JEFF DESAULNIERS, TRINETTE R. SCOTT, ADMINISTRATIVE OFFICE OF THE COURTS, COURT ON THE JUDICIARY, OFFICE OF DISCIPLINARY COUNSEL, DELAWARE SUPREME COURT, SUPERIOR COURT, JUDGE VAUGHN, PATRICIA MURPHY, and LINDA CARMICHAEL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**1. MOTION FOR WAIVER OF SERVICE OF PROCESS PURSUANT TO IDENTIFIED DISTRICT COURT CIVIL RULES 4 AND RULE 84 DUE TO COURT IMPOSED DUTY TO SAVE COST OF SERVICE**

Be advised and take particular notice of a document addressed to the District court Clerk regarding appropriate application of F.R. Civ. 4 to this particular case and the intent and purposes of the filer "(A) shall be in writing and shall be addressed directly to the defendant, if an individual or else to an officer or managing or general agent (or other agent authorized by appointment or law to receive service of process) of a defendant subject to service under subdivision (h)"Bill Bush esquire and Dawn Marra are identified.

Be advised and take notice of this written document. Be advised and take particular notice of and regarding the following noted application of the noted Rule "(B) shall be dispatched through first class mail and or other reliable means;" and whereas said notice as required "(G) shall provide the defendants with a extra copy of the notice and request, as well as a prepaid means of compliance in writing"; sent to Bill Bush and Dawn Marra.

Be advised and take notice of particular noted purpose and intent of Plaintiff seeking waiver to fully inform the defendant through their authorized agents in writing. Take notice of full and complete compliance with provision of the rule thereof. Specifically a enclosed prepaid mailing envelope is contained therein the mailing envelope containing the notice and request document sent via a certified U.S. Postal Service method of service. Whereas written return receipt of the particular documents receipt by the recipient of the document is required by signature of the recipient of the particular correspondence addressed to Governor Minner 150 William Penn St. Tatnall Building Dover Delaware and whereas for the record 2 notarized copies of all filings to include this document were sent to each of the two authorized agent specifically being Bill Bush and Dawn Marra located at the Tatnall Building address lidentified hereinabove.

"When the plaintiff files a waiver of service with the court the action shall proceed, except as provided in paragraph (3) as if summons and the complaint had been served at the time of filing the waiver, and no proof of service shall be required." "(5) The cost to be imposed on a defendant under paragraph (2) (<u>invoked</u>) for failure to comply with a request to waive service of a summons shall include the cost subsequently incurred in effecting service under subdivision (e) (f) or (h) together with the cost, including a reasonable attorney fee of any motion required to collect the cost of service".

Be advised and take notice of the hereinabove annotation invoking the applicable Rule and further be advised as to purposeful application of particular provision of F.R. Civ.4(e) and (f) as are noted as invoked in particular in specific regard to identification of a date certain when and whereas the particular documents waiver and notice therewith were sent to the defendants through the Governors authorized agent Bill Bush on 18 April 2008 in regard to a reasonable time of 60 days to return the waiver.

Be advised and take particular notice invoking and incorporating F.R. Civ. 84 (D) regarding the application of the noted Rule. "a text prescribed in an official form promulgated pursuant to Rule 84 of the consequences of compliance and or of a failure to comply with the request" Be advised and take particular notice that this motion specifically incorporates provision of the Rule and invokes F.R. Civ. 84.

This particular documents purpose and function is receipt of the "official form promulgated pursuant to Rule 84 of the consequences of compliance of and or of failure to comply with the request". Be advised and take appropriate notice of timely stated intent of this document which is sufficient to accomplish the material purpose of receipt thereof the official form promulgated pursuant to Rule 84 document sought in this filing.

21 April 2008

ON THIS 21st DAY OF April, 2008 JERRY L. ALSTON APPEARED BEFORE ME BENJAMIN T. GARRETT A NOTARY PUBLIC FOR THE STATE OF DELAWARE, COUNTY OF KENT.