IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE ALSTON, JR., | ) |
|     Plaintiff, | ) |
| v. | ) Civ. Action No. 07-246-GMS |
| DELAWARE DEPARTMENT OF JUSTICE VICTIM/WITNESS SERVICES, DELAWARE JUSTICE OF THE PEACE COURT, OFFICIAL PARROTT, DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY, CAPITAL POLICE, OFFICER JEFF DESAULNIERS, TRINETTE R. SCOTT, ADMINISTRATIVE OFFICE OF THE COURTS, COURT ON THE JUDICIARY, OFFICE OF DISCIPLINARY COUNSEL, DELAWARE SUPREME COURT, SUPERIOR COURT, JUDGE VAUGHN, PATRICIA MURPHY, and LINDA CARMICHAEL, | ) |
|     Defendants. | ) |

FILED
APR 2 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## 2. MOTION PURSUANT TO IDENTIFIED RULE 4(d)(2)(D) SEEKING WAIVER

There is no dispute as to the material fact that intent and purpose, are not the same thing in either fact or function. Be advised and take particular notice it is both the intent and purpose that are incorporated in writing into this particular motion pursuant to identified application of F.R. Civ. Rule 4(d)(2)(D) as a document seeking waiver of service of process based on court imposed duty to save the cost.

It is the stated intent and purpose of this motion to accomplish waiver pursuant to relevant procedural rule and the stated duty of the court. The particular intent and specifically stated purpose of this motion is clearly stated in two paragraphs.