IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JERRY LEE ALSTON, JR.,       )
                                   )
       Plaintiff,          )
                                   )
      v.                   )   Civ. Action No. 07-246-GMS
                                   )
DELAWARE DEPARTMENT OF      )
JUSTICE VICTIM/WITNESS SERVICES, )
DELAWARE JUSTICE OF THE PEACE  )
COURT, OFFICIAL PARROTT,      )
DELAWARE DEPARTMENT OF      )
SAFETY AND HOMELAND SECURITY, )
CAPITAL POLICE, OFFICER JEFF    )
DESAULNIERS, TRINETTE R. SCOTT, )
ADMINISTRATIVE OFFICE OF THE  )
COURTS, COURT ON THE JUDICIARY, )
OFFICE OF DISCIPLINARY COUNSEL, )
DELAWARE SUPREME COURT,     )
SUPERIOR COURT, JUDGE VAUGHN, )
PATRICIA MURPHY, and LINDA    )
CARMICHAEL,                  )
                                   )
       Defendants.        )

> **FILED**
>
> **APR 2 3 2008**
>
> U.S. DISTRICT COURT
> DISTRICT OF DELAWARE

## 3. SECOND TIMELY MOTION SEEKING EXTENSION OF TIME

Be advised as to a second timely motion seeking extension of time has been filed on a

date certain of 19 April 2008 whereas time expires on 25 April 2008. Given the Clerks

actions in the past this document preserves the record of proceeding regarding this issue

in particular of timely repeated purposeful notice in writing to the District Court Clerks.

The purpose of this document is to address plaintiff timely good faith intent.