CA 07-246 GMS

District Court Clerk

April 21 2008

### 4. MEMORANDUM OF RECORD OF WRITTEN OBJECTION ON THE RECORD AND SECOND WRITTEN DEMAND DOCUMENT REGARDING THE TIMELY SEEKING OF OFFICIAL FORMS PROMULGATED PURSUANT TO APPLICATION OF CIVIL RULE 84 FROM THE CLERKS THROUGH WRITTEN AFFIDAVIT OF RECORD

Be advised and take particular notice in regard to documentation invoking F.R. Civ. 84. In fact these procedures were identified over 10 months ago in writing and January 28 2008 and were purposefully and wrongfully ignored by the District court Clerks at that time and subsequently and have not been addressed to date. This particular filing identifies a ongoing relevant issue with the noted purposeful adverse action and inaction regarding the Clerks of the Court ignoring written notice seeking attention. This Memorandum is a third written correspondence whereas to date no appropriate or timely response has been noted or appropriate actions taken. Why has there been no action to date regarding repeated request for waiver and what is the purpose of the Clerks failure?

Be advised and take notice of the two attachments whereas the two document identify it is an absolute fact that written notice regarding these particular Court procedures were filed and received by the District Court Clerks as of a date certain of June 15 2007.

This document preserving the record references a THIRD filing regarding implementing these procedures as of a date certain of April 19 2008 regarding documents presented for that purpose that yet go unprocessed by the Clerks to this very day.



FILED
APR 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

21 April 2008

ON THIS 21st DAY OF April, 2008
JERRY L. ALSTON APPEARED
BEFORE ME BENJAMIN T. GARRETT
A NOTARY PUBLIC FOR THE STATE OF
DELAWARE, COUNTY OF KENT

G. 1

Case No. 07-246- GS
June 15 2007

AFFIDAVIT OF FILING OF APPLICATION FOR WAIVER AND OR IN THE ALTERNATIVE AFFIDAVIT OF WRITTEN NOTICE IMPLEMENTING THE RULE

Be advised and take notice of specific intent. The specific intent is to receive a waiver issued pursuant to appropriate rule of this court when in fact there is such a rule and such a thing procedurally proper as a rule for WAIVER OF SERVICE OF SUMMONSES.

It is understood that a waiver of summonses document seeking the appropriate forms if any was filed on June 15 2007 by Jerry L. Alston with written notice of intent.

I swear these facts are true so help me GOD

*(signature)*
15 June 2007
JERRY L. ALSTON

*(signature)* Lauren E. Ferguson
6/15/07

*(Notary seal: LAUREN E. FERGUSON, My Commission Expires 02-26-08, State of Delaware, Notary Public)*

CLERK OF THE COURT
U.S. Court House 844 King St.
Wilmington DE 19801

15 JUNE 2007

SERVICE OF PROCESS THIRD PRESENTATION OF SERVING OF SUMMONSES

1. Enclosed are completed summons received from the Clerk 8 June 2007. Be advised and take particular notice that the short but informative discussion relating to particular procedural questions with Clerk "Tod" disclosed that the summonses sent to me on or about May 14 2007 **that were completed and sent back** to the District Court had not been received as of 8 June 2007. Due the fact the particular documents specific to the completed summonses were sent via regular mail on 16 May 2006 and most certainly should have been received by 8 June 2007 and due to the material fact there was no way to trace the particular documents in question because it was not sent via certified mail the enclosed completed summonses are herein presented for further processing.

2. Be advised and take notice the contents of a written document entitled "<u>Written intent of waiver of service of process of summons by written notice</u>" is incorporated into this particular document and filing as though and as if annotated herein word for word as to a written application of specific intent. Be advised and take particular notice of a compelling written demonstration of particular intent of complainant Jerry L. Alston as noted 15 June 2007 with the specific purpose of the filing to timely process summonses.

3. The purpose of this written notice to the Clerks is to be notified by the Clerks and or to receive timely notice from the Clerks of any, deficit, or issue or concern affecting the processing of the summonses in a timely manner to prevent any processing delay.

I swear these facts are true so help me GOD

_[signature]_ June 15 2007
JERRY L. ALSTON

_[signature]_ 6/15/07

LAUREN E. FERGUSON
My Commission Expires
02-26-08
State of Delaware
NOTARY PUBLIC

G.2 and Exhibit 1

UNITED STATES DISTRICT COURT **CLERK**
844 KING St. U.S. Court House
Lockbox 18

15 June 2007

WRITTEN INTENT OF WAIVER OF SERVICE OF PROCESS BY WRITTEN NOTICE DOCUMENT

Be advised and take notice this is the third filing of these particular documents summonses., they were in fact sent regular mail to United States Court house United State District Court Office of the Clerk U.S. District Court Lockbox 18 844 King Street Wilmington DE 19801 16 May 2007 with no way to track the referenced document.

Be advised and take notice under the heading of **SERVICE OF PROCESS THIRD PRESENTATION OF SUMMONSES** are completed summonses. Be advised and take notice herein in this filing is a <u>WRITTEN NOTICE OF INTENT SEEKING A WAIVER OF SERVICE OF SUMMONSES</u> whereas for what ever reason the particular Court or the Clerk thereof has any issue with this 15 June 2007 filing the record will demonstrate simultaneous timely filing of waiver document stating in plain language the particular intent of the specific filer was also made in writing on 15 June 2007 the record should also reflect the filing of 1 affidavit accompanied each of the two filings.

Be advised and take particular notice of specific intent through this written notice for identification of the procedural Rule referenced which is <u>sought for the purpose of waiver of service of process pursuant to rule</u> or form to be filed with the District Court.

Be advised of filing of "service of process of third presentation of serving of summonses" document is incorporated into this particular document as though and as if annotated herein word for word as to a written application of specific intent and as a compelling demonstration of particular intent of complainant as noted as of 15 June 2007.

What is the required form document used for this purpose and where can it be found.

I swear these facts are true so help me GOD

JERRY ALSTON   June 15 2007         6/15/07

[Notary seal: LAUREN E. FERGUSON, My Commission Expires 02-26-08, State of Delaware, NOTARY PUBLIC]