District Court Clerk                                                                 April 21 2008

## 5. MEMORANDUM OF RECORD REGARDING SERVICES OF PROCESS AND WRITTEN REQUEST FOR WAIVER PURSUANT TO IDENTIFIED RULE

Be advised and take particular notice of written request for waiver pursuant to identified Rule 4 and application of Rule 84. Be advised and take appropriate notice only procedural information is sought or concerns raised regarding exclusively procedural questions raised relating to a written request from plaintiff seeking waiver of service of process pursuant to Rule. 4 and as to particular application of F.R. Civ. 84 therewith.

The particular stated purpose of this correspondence to the Clerk is to frame and freeze timeliness as to the filing of the request. This filing is to document written request for waiver pursuant to F.R. Civ. 4 "A. <u>shall be in writing and shall be addressed directly to defendant, if an individual or else to an officer or managing or general agent (or other agent authorized by appointment or law to receive service of process) of a defendant subject to service under subdivision (h)</u>". A motion to the court accompanies the request.

In the case at bar there are 15 defendants the cost of service has become a relevant issue. Regarding and in consideration of application of F.R. Civ. 4(d) the following is invoked through referenced notation of the District Court's imposed "**duty to save cost of service**". The Rule invoked and noted identifies duty of the Court which is defined by the world authority on the English language Webster as "that by which a person is bound by any natural moral or legal obligation to perform; an action or task required by any business, office or service". Therefore the forgoing binding language relating to duty is incorporated through reference thereto into the request regarding the duty of the court to save the cost of service as a legitimate function of the Court and the Clerk thereof.

It is noted therefore in regard to the efficient and cost effective service and in due consideration and application of the rule that the Clerk of the court process the request and timely provide whatever form document is necessary for the identified purpose of WAIVER OF SERVICE OF PROCESS PURSUANT TO RULE 4 IDENTIFIED.

FILED APR 23 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

21 April 2008

ON THIS 21st DAY OF April, 2008
JERRY L. ALSTON APPEARED
BEFORE ME BENJAMIN T. GARRETT
A NOTARY PUBLIC FOR THE STATE OF
DELAWARE

CA 07-246 GMS

District Court Clerk                                                April 21 2008

**6 MEMORANDUM OF RECORD REGARDING RETURN TO THE PLAINTIFF OF THE PREVIOUSLY RETURNED FILED AND FILLED OUT SUMMONSES DOCUMENT RETURNED TO THE DISTRICT COURT CLERKS PREPARED BY PLAINTIFF FROM WHICH DISCREPANCY NOTICE WAS ISSUED NOW IN THE POSSESSION OF THE DISTRICT COURT CLERKS BE RETURNED**

Be advised and take particular notice of the noted issue of return of summonses apparently filled out improperly by the plaintiff now at the District court sent there by plaintiff. The summons documents in question were returned by the District Court Clerk referencing a discrepancy notice of 6/19/2007 regarding 15 separate improper summonses. Whereas apparently all 15 summonses were improper. Due to ambiguity in the discrepancy notice either the noted summonses contained the same error or each contained a separate unique yet unidentified errors or reason for there return. Which is it?

Regarding each of the 15 summonses returned with no specific reason given or error noted or identified by referenced Rule by the Clerks, through discrepancy notice lacking specificity and or particularity as to curing the noted infraction in the 15 summonses to be timely corrected by the plaintiff. The intent and purpose of and with this particular notice document to the Clerks and the purpose therewith and thereof this filing to the court is to preserve the record regarding these issues and to specifically identify the particular unidentified infractions for each of the 15 noted summonses and thereby in particular cure any defect and or correct the form of impropriety in the summonses forthwith.

Be advised and take particular notice of a timely memorandum of record to the District Court Clerk preserving the record of proceedings regarding specifically return to the Plaintiff by the District Court Clerk of filed and filled out summonses documents. The document summonses now in the possession of the District Court Clerks from which the noted discrepancy notices were issued by the District Court Clerk. The purpose of this filing is to accomplish return of the summonses to plaintiff to be turned over to a D.M. Professional Services for there review and for their input and assistance in curing any impediment to moving this case along and to properly processing the noted summonses timely given they have made an authorized appearance in this case referenced to their action taken dependent on Plaintiffs intent purpose and or desire. It was never Plaintiffs

intent or desire that the document noted April 15 2008 from D.M. Professional Services be sent by them "cc:" to the Court before consulting directly with Plaintiff that the document would be sent and or any action would be taken. In regard to the truth of the matter asserted specifically it is a material showing of good faith purpose and intent.

The particular purpose of this memorandum of understanding correspondence to the District Court Clerks is filed timely as a correspondence document seeking return of the noted summonses documents referenced hereinabove. The referenced summonses are already filled out apparently improperly now in the possession of the District Court Clerks at this particular time. Take particular notice of the stated purpose and the stated intent of the plaintiff of identification by the Clerk of the specific discrepancies noted for each of the 15 improper summonses pursuant to the identified Rule as to the particular basis for the particular rejection be identified. Regarding the specific impropriety in each of the 15 summonses returned initially to the plaintiff what is the basis for the rejection. The relevant concerns raised timely in this case are purely procedural issues specifically regarding a exclusively procedural matter regarding the Clerks. The particular information sought timely in this case is procedural information only and well within the particular ability and duty of the District Court Clerk to address and provide without delay.

Be advised and take particular notice I Jerry L. Alston Plaintiff in this matter before the court authorized contact from or by D. M. Professional Services with the Court. Regarding the document sent by them "cc" April 15 2008 I was not consulted before hand on the matter of D.M. Professional services independent contact at that particular time with or to the Court. Enclosed is a copy of a document from D.M. Professional Service sent to the court without my permission or intent to be sent to the United States District Court at this particular time placed on the record by the plaintiff for the truth of the matter asserted that in particular it is in fact and function plaintiff's good faith intent to timely follow the courts order and directives regarding professional advice and assistance regarding timely and proper service of process.

_[signature]_ 21 April 2008

ON THIS 21st DAY OF April, 2008 JERRY L. ALSTON APPEARED BEFORE ME BENJAMIN T. GARRETT A NOTARY PUBLIC FOR THE STATE OF DELAWARE, COUNTY OF KENT