IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JERRY LEE ALSTON, JR., Plaintiff, | ) | |
| v. | ) | Civ. Action No. 07-246-GMS |
| DELAWARE DEPARTMENT OF JUSTICE VICTIM/WITNESS SERVICES, DELAWARE JUSTICE OF THE PEACE COURT, OFFICIAL PARROTT, DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY, CAPITAL POLICE, OFFICER JEFF DESAULNIERS, TRINETTE R. SCOTT, ADMINISTRATIVE OFFICE OF THE COURTS, COURT ON THE JUDICIARY, OFFICE OF DISCIPLINARY COUNSEL, DELAWARE SUPREME COURT, SUPERIOR COURT, JUDGE VAUGHN, PATRICIA MURPHY, and LINDA CARMICHAEL, Defendants. | ) | |

FILED
APR 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**7 NOTICE OF MOTION AND NOTICE OF NOTICE OF WRITTEN REQUEST**

Be advised and take particular notice of a NOTICE OF MOTION AND NOTICE OF NOTICE OF WRITTEN REQUEST. The purpose and intent of this particular filing is to incorporate those 6 documents referenced therein the AFFIDAVIT OF SERVICE DOCUMENT AND NOTICE DOCUMENT in this filing through reference thereto.

It is understood therefore that 6 documents were served on the District Court Clerks from the plaintiff timely and whereas these 6 documents require immediate attention and action as required pursuant to either the demand made or the request sought from plaintiff

**D. M. Professional Services**
**5 Orchard Lane**
**Wilmington, Delaware 19809**
**302-792-9695**

April 15, 2008

Mr. J. L. Alston
406 Arnold Court
Generals Green
Dover, Delaware 19901

Dear Mr. Alston:

Enclosed are the blank United States District Court summonses you sent to me Certified Mail. Enclosed also are the original documents you sent to me earlier this month, including court order from United States District Court.

We do not prepare summonses or court papers for United States District Court, or any court, as per our conversation today by telephone. We only do service of process, and that is, once you have filed your papers in court and the court issues you a summons and complaint in your case, we will serve the papers for you.

I am sorry but I cannot help you in your case.

Sincerely,

Robert DeLacy

Enclosure

cc: United States District Court

J.L. Alston
406 Arnold Ct.
Generals Greene
Dover DE 19901










DOVER DE 1990
APR 21 2008
USPS

U.S. Court House
U.S. District Court
Lockbox 18
844 King St.
Wilmington De. 19801