IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE ALSTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No: 07-246-GMS |
| ) | |
| DELAWARE DEPARTMENT OF ) | |
| JUSTICE VICTIM/WITNESS SERVICES, ) | |
| DELAWARE JUSTICE OF THE PEACE ) | |
| COURT, OFFICIAL PARROTT, ) | |
| DELAWARE DEPARTMENT OF ) | |
| SAFETY AND HOMELAND SECURITY, ) | |
| CAPITAL POLICE, OFFICER JEFF ) | |
| DESAULNIERS, TRINETTE R. SCOTT, ) | |
| ADMINISTRATIVE OFFICE OF THE ) | |
| COURTS, COURT ON THE JUDICIARY, ) | |
| OFFICE OF DISCIPLINARY COUNSEL, ) | |
| DELAWARE SUPREME COURT, ) | |
| SUPERIOR COURT, JUDGE VAUGHN, ) | |
| PATRICIA MURPHY, and LINDA ) | |
| CARMICHAEL, ) | |
| ) | |
| Defendants. ) | |

RECEIVED APR 23 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**AFFIDAVIT OF SERVICE OF DOCUMENTS AND NOTICE AND REQUEST**

Be advised this is a document identifying purpose and intent. The purpose and intent of this filing is implementation of the following documents. **1.** MOTION FOR WAIVER OF SERVICE OF PROCESS PURSUANT TO IDENTIFIED DISTRICT COURT CIVIL RULE 4 AND RULE 84 DUE TO COURT IMPOSRED DUTY TO SAVE COST OF SERVICE **2.** MOTION PURSUANT TO IDENTIFIED RULE 4(d)(2)(D) SEEKING WAIVER **3.** SECOND TIMELY MOTION SEEKING EXTENSION OF TIME.

Be advised and take notice of the filing of several Memorandum documents. 4. MEMORANDUM OF RECORD OF WRITTEN OBJECTION ON THE RECORD AND SECOND WRITTEN DEMAND DOCUMENT REGARDING THE TIMELY SEEKING OF OFFICIAL FORMS PROMULGATED PURSUANT TO APPLICATION OF CIVIL RULE 84 FROM THE CLERKS THROUGH WRITTEN AFFIDAVIT OF RECORD 5. MEMORANDUM OF RECORD REGARDING SERVICE OF PROCESS AND WRITTEN REQUEST FOR WAIVER PURSUANT TO IDENTIFIED RULE 6. MEMORANDUM OF RECORD REGARDING RETURN TO THE PLAINTIFF OF PREVIOUSLY RETURNED FILED AND FILLED OUT SUMMONSES DOCUMENT RETURNED TO THE DISTRICT COURT CLERKS PREPARED BY PLAINTIFF FROM WHICH DISCREPANCY NOTICE WAS ISSUED NOW IN THE POSSESSION OF THE DISTRICT COURT CLERKS BE RETURNED. Be advised and take note of the filing of 7. NOTICE OF MOTION NOTICE OF NOTICE OF WRITTEN REQUEST

A copy of this filing was sent via certified mail to Clerk of the Court U.S. Court House U.S. District Court Lockbox 18 844 king Street Wilmington De. 19801 and Patricia Murphy Dep. Attorney General 102 Water St. Dover De 1901 and to The Office of the Governor Minner 150 William Penn St. Tatnall Building Dover De. 19901 Attention Bill Bush /dawn Marra.

Be advised and take note Trinette R. Scott has left the state and her whereabouts are not known the U.S. Postal Service had no current address for Ms. Scott was available.

_Signature_ 21 April 2008

ON THIS 21st DAY OF April, 2008
JERRY L. ALSTON APPEARED
BEFORE ME BENJAMIN T. CAREY
A NOTARY PUBLIC FOR THE STATE OF
DELAWARE, COUNTY OF KENT

Be advised and take notice of the filing of several Memorandum documents. 4. MEMORANDUM OF RECORD OF WRITTEN OBJECTION ON THE RECORD AND SECOND WRITTEN DEMAND DOCUMENT REGARDING THE TIMELY SEEKING OF OFFICIAL FORMS PROMULGATED PURSUANT TO APPLICATION OF CIVIL RULE 84 FROM THE CLERKS THROUGH WRITTEN AFFIDAVIT OF RECORD 5. MEMORANDUM OF RECORD REGARDING SERVICE OF PROCESS AND WRITTEN REQUEST FOR WAIVER PURSUANT TO IDENTIFIED RULE 6. MEMORANDUM OF RECORD REGARDING RETURN TO THE PLAINTIFF OF PREVIOUSLY RETURNED FILED AND FILLED OUT SUMMONSES DOCUMENT RETURNED TO THE DISTRICT COURT CLERKS PREPARED BY PLAINTIFF FROM WHICH DISCREPANCY NOTICE WAS ISSUED NOW IN THE POSSESSION OF THE DISTRICT COURT CLERKS BE RETURNED. Be advised and take note of the filing of 7. NOTICE OF MOTION NOTICE OF NOTICE OF WRITTEN REQUEST

A copy of this filing was sent via certified mail to Clerk of the Court U.S. Court House U.S. District Court Lockbox 18 844 king Street Wilmington De. 19801 and Patricia Murphy Dep. Attorney General 102 Water St. Dover De 1901 and to The Office of the Governor Minner 150 William Penn St. Tatnall Building Dover De. 19901 Attention Bill Bush /dawn Marra.

Be advised and take note Trinette R. Scott has left the state and her whereabouts are not known the U.S. Postal Service had no current address for Ms. Scott was available.

_[signature]_ 21 April 2008

ON THIS 21st DAY OF April, 2008
JERRY L. ALSTON APPEARED
BEFORE ME BENJAMIN T. GARRETT
A NOTARY PUBLIC FOR THE STATE OF
DELAWARE, COUNTY OF KENT