U.S. District Court Case Manager Marie McDavid Civil action 07- 246 GMS May 5 2008

**MEMORANDUM OF RECORD AND OF UNDERSTANDING AS OF MAY 5 2008 AND NOTICE OF WRITTEN COMPLAINT AND OBJECTION TO THE ACTIONS AND INACTION OF CASE MANAGER MARIE MCDAVID REGARDING TIMELY PROCESSING OF THE JUNE 15 2007 FILING AND THE APRIL 21 2008 FILING OF TIME SENSITIVE DOCUMENTS**

The appropriate purpose and intent of this particular memorandum document of record is clearly stated in plain language in the title above. Specifically this is a Memorandum of record and of understanding regarding objection and complaint as of a date certain of May 5 2008 and written notice of prior complaint and objection to the apparent purposeful inactions of Case Manager Marie Mc David regarding failure to timely process the current April 21 2008 filing of time sensitive documents as was the case previously on June 15 2007 **which failure to act caused wrongful dismissal of 7/26 /07.**

Be advised Case Manager Marie Mc David that the contents in full noted as filed with the District Court April 21 2008 containing 6 noted submissions is incorporated into this particular filing of written objection and complaint as noted for the record as incorporated word for word as identified from and by the written incorporation referenced herein.

The circumstances noted are specific and well stated and well documented and revolve around the noted duty of the Court Clerk to include the Case Manager. The filings intent expressed June 15 2007 and April 21 2008 to the Clerks of the Court to include Case Manager Marie Mc David are clear and compelling and consistent. There fore the filing addressed to the Clerk of the Court including Marie Mc David as of April 21 2008 is identified for the record as inextricable from context, purpose and function of the specific June 15 2007 document of record to be taken in concert with that particular documents of record specifically expressing both purpose and the intent of the filer in writing to date and in particular as of a date certain of April 21 2008 and currently as of May 5 2008.

There is no dispute as to either the material fact and or function that Marie Mc David as Case Manager has been fully aware as to the relevant and controlling material intent of the plaintiff as expressed in writing in facts on June 15 2007. To date nearly a year later from the raising of the initial procedural question there is no appropriate answer regarding the purely procedural process of written application for the form documents

supplied by the Court and in particular required from the Court Clerks pursuant to original written waiver request as of a date certain of June 15 2007 and April 21 2008.

Be advised and take particular and appropriate notice of the filing of <u>AFFIDAVIT OF SERVICE OF DOCUMENTS AND NOTICE AND REQUEST dated April 21 2008 therein the following can be found 6. MEMORANDUM OF RECORD REGARDING RETURN TO THE PLAINTIFF OF THE PREVIOUSLY RETURNED FILED AND FILLED OUT SUMMONSES DOCUMENTS RETURNED TO THE DISTRICT COURT CLERKS PREPARED BY PLAINTIFF FRON WHICH DISCREPANCY NOTICE WAS ISSUED NOW IN THE POSSESSION OF THE DISTRICT COURT CLERK BE RETURNED</u> is herein referenced as written in plain clear language easily understood. The particular referenced documents intent and purpose is incorporated in full into this filing of both written objection and complaint as though and as if completely annotated herein this document of record and of purpose and intent word for word.

Be advised and take particular and appropriate notice of <u>AFFIDAVIT OF SERVICE OF DOCUMENTS AND NOTICE AND REQUEST dated April 21 2008, therein Marie Mc David the following can be found 4. MEMORANDUM OF RECORD OF WRITTEN OBJECTION ON THE RECORD AND SECOND WRITTEN DEMAND DOCUMENT REGARDING THE TIMELY SEEKING OF OFFICIAL FORMS PROMULGATED PURSUANT TO APPLICATION OF CIVIL RULE 84 FROM THE CLERKS THROUGH WRITTEN AFFIDAVIT OF RECORD</u>. Be advised and take notice this document in particular is against you and the question raised and noted are addressed to you individually Ms Mc David in your capacity of Case Manager, further the contents of the document referenced herein is incorporated into this current filing. Regarding the incorporation notification herein be advised of the filing of dated attachment of the June 15 2007 notice therewith is herein incorporated through reference and notice thereto.

It is understood therefore that on May 5 2008 as expressed in writing in seven paragraphs Plaintiff filed complaint and objection directed to the Case manager Marie Mc David. In the particular filing of written notice, written notice herein was given that a copy of this filing including notice of incorporation of the April 21 2008 filing and the attachments therewith were sent to CLERK OF THE COURT THE HONORABLE CHIEF JUSTICE SLEET to inform the trial Judge of the relevant issues before the Court.

*Jerry Alston*
5 May 2008

ON THIS 5TH DAY OF MAY, 2008
JERRY L. ALSTON APPEARED
BEFORE ME BENJAMIN T. GARRETT
A NOTARY PUBLIC FOR THE STATE OF
DELAWARE, COUNTY OF KENT

