**U.S. DISTRICT COURT CASE MANAGER MARIE MCDAVID 246 GMS 5/19/08**

Memorandum of record and of specific intent, instruction, and written notice and of particular understanding of INTENT PURPOSE and FUNCTION to the case manager Marie Mc David. Be advised and take notice Ms. McDavid of a materially relevant written document of record whereas the specific purpose of this document is to VOID and WITHRAW the filing of 06/11/2007 from which DEFICIENCY NOTICE was Entered. Regarding intent, specifically the written notice of particular understanding it is specifically understood that the lawful operation of the particular notice of 06/11/2007 is VOIDED, WITHDRAWN and TERMINATED by the plaintiff as of 5/19/08.

Be advised and take particular notice of several motions and filings their intent is to circumvent the operation of the DEFICIENCY NOTICE and it is herein demanded by the plaintiff the DEFICIENCY NOTICE of 6/19/2007 be withdrawn as an impediment to further processing of the complaint. Whereas should the identified clerk Marie Mc David fail to either acknowledge the VOIDING of the 06/11/2007 and or 06/19/2007 DEFICIENCY NOTICE this document preserves the record regarding the specific contents herein in terms of the intent purpose and function of the filing.

*[signature]*
19 May 2008

FILED
MAY 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE ALSTON, JR., <br><br> Plaintiff, <br><br> v. <br><br> DELAWARE DEPARTMENT OF JUSTICE VICTIM/WITNESS SERVICES, DELAWARE JUSTICE OF THE PEACE COURT, OFFICIAL PARROTT, DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY, CAPITAL POLICE, OFFICER JEFF DESAULNIERS, TRINETTE R. SCOTT, ADMINISTRATIVE OFFICE OF THE COURTS, COURT ON THE JUDICIARY, OFFICE OF DISCIPLINARY COUNSEL, DELAWARE SUPREME COURT, SUPERIOR COURT, JUDGE VAUGHN, PATRICIA MURPHY, and LINDA CARMICHAEL, <br><br> Defendants. | Civ. Action No: 07-246-GMS |

## DOCUMENTATION OF OBJECTION AND IN PRESERVATION OF THE APPELLATE RECORD DUE TO RACIAL FACTORS NOTED

Be advised and take notice of a written document in preservation of the appellate record due to fundamental racial factors noted. The current rules of the Court of Appeals for the Third Circuit presently requires contemporaneous, identification of framed appellate issues. I do not for one second believe that a Caucasian lawyer, legal professional, Para-Legal or pro se persons who is Caucasian are treated in the racially derogatory racially discriminatory disrespectful manner I have been as a matter of status and race. Under the legal requirements of the objective reasonableness standard it is

irrelevant as a matter of law whether the perpetrator of acts of a racial discrimination are Black or Caucasian, it is the in fact the specific act, conduct and particular circumstances complained of that are at issue. It is stated for the appellate record that history identifies that some Black people are racially discriminatory to other Black persons which is noted as Black on Black racism which is a historical factor. Regardless of race of the perpetrator racial discrimination can occur. For relevant example the term "uncle tom" is historical descriptive term for Black persons, who sells out exclusively other Blacks as a function of racism as a proxy of Caucasians racist purposes. As of May 18 2008 the particular case at bar has been purposefully mishandled by the District Court in such a material way and to such a relevant extent and in such a wrongful way that the plaintiff's good faith objectively reasonable intent, purpose and intentions to serve the State the complaint summonses and or waiver has been undermined and obstructed. To date the particular intent of plaintiffs for numerous timely and materially relevant actions to be taken regarding summonses and waiver thereof in this case have been wrongfully ignored circumvented by the actions and purposeful inaction of the Court and the Clerks thereof.

Due to the noted actions of the Court, plaintiff files objection in writing to what amounts to a form of racially motivated institutional obstruction of justice through obstruction of process. The unlawful conduct complained of is the particular reason the Black plaintiff has not been unable to process the complaint summonses and waiver to date. It is noted as a matter of the particular appellate record that racial discrimination in the Delaware Courts and legal system to include the District Court which is a real impediment to the Black plaintiff and is a preserved appellate issue as it is part of the initial filing of complaint. It is noted that the initial complaint at bar filed May 14 2007 is

a racial discrimination complaint specifically regarding the State Court as a racist institution in the past and presently. Complaint is made regarding institutional racism as a relevant and real social phenomenon and function of the State and its agents identified as a present matter and in terms of relevant foundation regarding past Delaware history.

There is absolutely no educated and or intelligent dispute as to the existence of relevant material historical examples of institutional racism favoring Caucasians, disfavoring Black people. For relevant example, the 1852–Delaware Statute which forbid Black people from voting, holding office, and or testifying in court against a Caucasian person. For relevant example the 1865 Emancipation Proclamation in identification of the 13th amendment abolishing slavery, history identifies the <u>Delaware legislature votes against the amendment</u>. For relevant example the 14th amendment guarantees equal protection for all races under law, history identifies the <u>Delaware legislature votes against the amendment</u>. For relevant example the 15th amendment guarantees the right to vote, history identifies the <u>Delaware legislature votes against the amendment</u>. The historical facts are clear and undisputed in fact Delaware has had a long and violent racist history.

It is argued that the State of Delaware as a legal entity has never believed and presently does not believe that Black persons should ever be treated as social equals to Caucasians to be opposed with unceasing opposition in perpetuity. For materially relevant example the act of 1873 whereas the Delaware Assembly publishes a declaration of opposition to Black equality…."be it resolved [that the] General Assembly of Delaware proclaims <u>its unceasing opposition</u> to making negroes eligible to public offices, to sit on juries, and there admission to public schools where white children attend…and to any and every measure designed or having the effect to promote the equality of

negroes with the white man in any of the relations of life..." Unceasing means never to cease opposition to ever making or accepting Black people as social equals to and with Caucasians as a goal and in fact function of Delaware State government.

Be advised and take particular notice the numerous filings since the reopening of this action since Feb. 25 2008 are herein incorporated into this particular document preserving the appellate record through reference thereto with written notice which achieves the purpose of preserving the appellate record with specificity and particularity.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ORIGINAL

| | | |
|---|---|---|
| JERRY LEE ALSTON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No: 07-246-GMS |
| | ) | |
| DELAWARE DEPARTMENT OF | ) | |
| JUSTICE VICTIM/WITNESS SERVICES, | ) | |
| DELAWARE JUSTICE OF THE PEACE | ) | |
| COURT, OFFICIAL PARROTT, | ) | |
| DELAWARE DEPARTMENT OF | ) | |
| SAFETY AND HOMELAND SECURITY, | ) | |
| CAPITAL POLICE, OFFICER JEFF | ) | |
| DESAULNIERS, TRINETTE R. SCOTT, | ) | |
| ADMINISTRATIVE OFFICE OF THE | ) | |
| COURTS, COURT ON THE JUDICIARY, | ) | |
| OFFICE OF DISCIPLINARY COUNSEL, | ) | |
| DELAWARE SUPREME COURT, | ) | |
| SUPERIOR COURT, JUDGE VAUGHN, | ) | |
| PATRICIA MURPHY, and LINDA | ) | |
| CARMICHAEL, | ) | |
| | ) | |
| Defendants. | ) | |

AFFIDAVIT OF SERVICE OF DOCUMENT TO THE CLERK OF THE COURT

Be advised and take particular notice of the filing of two documents one is a memorandum to Ms. Marie McDavid Clerk of the court. Regarding the other is a Documentation of Objection and in Preservation of the Appellate Record Due to Racial Factors Noted. Take note a copy of this referenced filing is herein noted as sent via U.S. Postal Service certified mail delivery, to Patricia Murphy Deputy Ag. 102 Water St. Dover De.19901 and Office of the Governor Minner attention Bill Bush and Dawn Marra identified as authorized agents of the Governor capable of receipt of service of process thereto located at 150 William Penn St. Tatnall Building Dover DE 19901

I swear these facts are true so help me GOD.

_Jerry L. Alston_ May 19 2008

ON THIS 19TH DAY OF MAY, 2008 JERRY L. ALSTON APPEARED BEFORE ME BENJAMIN T. GARRETT A NOTARY PUBLIC FOR THE STATE OF DELAWARE COUNTY OF KENT

_B.T. Garrett_

COM EXP
09-06-11

