IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY LEE ALSTON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-246-GMS |
| | ) |
| DELAWARE DEPARTMENT OF | ) |
| JUSTICE VICTIM/WITNESS SERVICES, | ) |
| DELAWARE JUSTICE OF THE PEACE | ) |
| COURT, OFFICIAL PARROTT, | ) |
| DELAWARE DEPARTMENT OF | ) |
| SAFETY AND HOMELAND SECURITY, | ) |
| CAPITAL POLICE, OFFICER JEFF | ) |
| DESAULNIERS, TRINETTE R. SCOTT, | ) |
| ADMINISTRATIVE OFFICE OF THE | ) |
| COURTS, COURT ON THE JUDICIARY, | ) |
| OFFICE OF DISCIPLINARY COUNSEL, | ) |
| DELAWARE SUPREME COURT, | ) |
| SUPERIOR COURT, JUDGE VAUGHN, | ) |
| PATRICIA MURPHY, and LINDA | ) |
| CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The plaintiff, Jerry Lee Alston, Jr. ("Alston") who proceeds *pro se* and has paid the filing fee, filed a civil rights action pursuant to 42 U.S.C. § 1983 on May 4, 2007. (D.I. 1.) After he filed his complaint, Alston was provided a copy of Fed. R. Civ. P. 4 and he acknowledged receipt of the same. (D.I. 4.) To date service has not been effected upon the defendants, even though Alston was given an extension of time to May 23, 2003 to effect service.

Alston filed two motions on April 23, 2008. (D.I. 15, 16.) The motions speak to waiver of service and appear to indicate that Alston will seek waiver of service from the defendants, but it is not clear what relief Alton seeks. Alston is advised, that although he proceeds pro se, it is

his responsibility to serve the defendants.

THEREFORE, at Wilmington this 31st day of July, 2008, IT IS HEREBY ORDERED that:

1. On or before **August 20, 2008**, Alston shall show cause why this case should not be dismissed for failure to serve process by May 23, 2008 deadline.

2. The motions regarding service pursuant to Fed. R. Civ. P. 4 are **denied**. (D.I. 15, 16.)

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
JUL 3 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE